1  Marc R. Ascolese, <mascolese@sidley.com> (Bar No. 251397)
   SIDLEY AUSTIN LLP
2  555 California Street, Suite 2000
   San Francisco, California 94104
3  Telephone:    (415) 772-1200
   Facsimile:    (415) 772-7400
4
   *Counsel for Plaintiffs eBay Inc. and*
5  *Microsoft Corporation*

6  NOTE:  Additional counsel listed on signature page

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12

13  _____
    eBay Inc. and Microsoft Corporation,          )   Case No. _____
14                                                 )
              *Plaintiffs,*                        )
15                                                 )   **COMPLAINT FOR DECLARATORY**
         vs.                                       )   **JUDGMENT**
16                                                 )
    PartsRiver, Inc.,                              )   **DEMAND FOR JURY TRIAL**
17                                                 )
              *Defendant.*                         )   Date: November 2, 2010
18                                                 )
    _____               )
19

20

21

22

23

24

25

26

27

28

1    Plaintiffs eBay Inc. and Microsoft Corporation (collectively "Plaintiffs") allege as follows:

2    ## THE PARTIES

3    1.    Plaintiff eBay Inc. ("eBay") is a Delaware corporation having its principal place of

4    business at 2065 Hamilton Avenue, San Jose, CA 95125.

5    2.    Plaintiff Microsoft Corporation ("Microsoft") is a Washington corporation having its

6    principal place of business at One Microsoft Way, Redmond, WA 98052.

7    3.    Defendant PartsRiver, Inc. ("PartsRiver") is a Delaware corporation having its

8    principal place of business at 3155 Kearney Street, Suite 210, Fremont, CA 94538.

9    ## NATURE OF THE ACTION

10    4.    This is a declaratory judgment action seeking a determination that each of the

11    Plaintiffs does not infringe at least reexamined claims 1 and 2 of U.S. Patent No. 6,275,821 under 35

12    U.S.C. § 271; that at least reexamined claims 1 and 2 of this patent are invalid under at least 35

13    U.S.C. §§ 102, 103, 112, and/or 305; and/or that each of the Plaintiffs has intervening rights to at

14    least reexamined claims 1 and 2 of this patent under 35 U.S.C. §§ 252 and 307(b).

15    ## JURISDICTION AND VENUE

16    5.    The Court has personal jurisdiction over PartsRiver because PartsRiver is doing

17    business in, and has its principal place of business in, this Judicial District at 3155 Kearney Street,

18    Suite 210, Fremont, CA 94538.

19    6.    This Court has subject matter jurisdiction over the Plaintiffs' causes of action asserted

20    here pursuant to 28 U.S.C.§ 1331 and 1338(a), because those claims arise under the patent laws of

21    the United States, 35 U.S.C. §§ 101, *et seq.*, and under the Federal Declaratory Judgment Act, 28

22    U.S.C. §§ 2201 and 2202.

23    7.    Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c).

24    ## INTRADISTRICT ASSIGNMENT

25    8.    Pursuant to Civil Local Rule 3-2(c), this is an Intellectual Property Action that

26    normally would be assigned on a district-wide basis. However, under Civil L.R. 3-12, this action is

27    related to *PartsRiver, Inc., v. Shopzilla, Inc., et al.*, No. 4:09-cv-00811-CW ("the PartsRiver

28    lawsuit") and thus should be assigned to Judge Wilken in the Oakland Division.

1        **FACTUAL BACKGROUND**

2        9.      On information and belief, PartsRiver is the owner by assignment of U.S. Patent No.

3    6,275,821 ("the '821 patent"), which is entitled "Method and System for Executing a Guided

4    Parametric Search," and originally issued August 14, 2001.

5        10.     The '821 patent expires on October 14, 2014.

6        11.     On October 3, 2007, PartsRiver filed a civil action in the Eastern District of Texas

7    (No. 2:07-cv-440-DF) asserting that the Plaintiffs infringe the '821 patent.

8        12.     Claim 2 of the '821 patent depends from claim 1.

9        13.     On February 18, 2008, PartsRiver contended that the following websites are operated

10   by eBay and utilize search processes or methods which infringe upon both claims 1 and 2 of the '821

11   patent:

12                          www.shopping.com

13                          http://fr.shopping.com

14                          http://de.shopping.com

15                          http://uk.shopping.com

16                          http://au.shopping.com

17                          www.dealtime.com

18                          www.dealtime.com.uk

19                          www.ugenie.com

20                          www.epinions.com

21                          www.pricetool.com

22                          www.express.ebay.com

23       14.     On February 18, 2008, PartsRiver contended that the following websites are operated

24   by Microsoft and utilize search processes or methods which infringe upon both claims 1 and 2 of the

25   '821 patent:

26                          shopping.msn.com

27                          http://shopping.sympatico.msn.ca/

28                          http://magasiner.sympatico.msn.ca/

-2-
COMPLAINT

1                  http://shopping.msn.co.jp/

2                 http://shopping.ninemsn.com.au/

3                  http://shopping.msn.fr/

4                  http://shopping.msn.nl/

5                  http://shopping.msn.de/

6                  http://shopping.msn.co.ul/

7       15.      On December 22, 2008, the United States Patent and Trademark Office ("USPTO")

8 determined that there was a substantial new question of patentability affecting claims 1 and 2 of the

9 '821 patent and thus ordered an *ex parte* reexamination of those claims (Reexamination Control No.

10 90/009,316).

11       16.      On January 30, 2009, the Court in the Eastern District of Texas determined that "the

12 Northern District of California would clearly be a more convenient venue" and thus transferred

13 PartsRiver's action to this Court, where it was assigned to Judge Wilken as Civil Action No. 4:09-

14 cv-00811-CW.

15       17.      On May 28, 2009, eBay and Microsoft, along with other defendants in that case, filed

16 with Judge Wilken a motion for summary judgment of non-infringement and invalidity of claims 1

17 and 2 of the '821 patent.

18       18.      On June 18, 2009, an Examiner at the USPTO issued an Office Action finally

19 rejecting claims 1 and 2 of the '821 patent under 35 U.S.C. § 102(b) as being clearly anticipated by

20 Granacki et al., *A Component Library Management System and Browser*, ISI Research Report,

21 ISI/RR-93-386, USC/Information Sciences Institute, April, 1993.

22       19.      On August 21, 2009, Judge Wilken granted summary judgment that claims 1 and 2 of

23 the '821 patent were invalid under 35 U.S.C. § 102(b) due to the on-sale bar.

24       20.      On September 18, 2009, PartsRiver appealed the Examiner's final rejection of claims

25 1 and 2 to the Board of Patent Appeals and Interferences ("BPAI").

26       21.      On September 18, 2009, PartsRiver appealed Judge Wilken's summary judgment of

27 invalidity to the United States Court of Appeals for the Federal Circuit.

28

22.     On January 29, 2010, PartsRiver filed a brief in the Federal Circuit arguing that Judge Wilken's summary judgment of invalidity should be reversed.

23.     On April 14, 2010, eBay and Microsoft, along with other defendants in that case, filed a brief in the Federal Circuit arguing that Judge Wilken's summary judgment of invalidity should be affirmed.

24.     On May 20, 2010, while its appeal before the BPAI was pending, PartsRiver requested entry of an amendment to claim 1, as well as entry of a new claim 9.  In its remarks accompanying the amendment, PartsRiver stated:

> The amendment of claim 1 presented herein adjusts the claim language of claim 1 to correspond to that of allowed claim 9.[1]  Claim 1 is now believed to reflect, albeit explicitly, the legal scope of claim 1 as previously issued.  As such, although the text of claim 1 has been altered by amendment, the claim scope is legally identical to that of originally issued claim 1.  This change in language has been adopted for the sole purpose of terminating the present reexamination to avoid lengthy appeal proceedings.

25.     On June 24, 2010, the Examiner dismissed the appeal to the BPAI and issued a Notice of Intent to Issue Reexamination Certificate ("NIRC") stating that the amended claim 1 and the new claim 9 were allowable.

26.     On October 15, 2010, PartsRiver filed a motion in the Federal Circuit to dismiss its appeal and to vacate Judge Wilken's judgment of invalidity.

27.     On October 22, 2010, eBay and Microsoft, along with other defendants in that case filed a brief opposing PartsRiver's motion to vacate Judge Wilken's judgment of invalidity.

28.     On November 2, 2010, the USPTO issued a reexamination certificate for the '821 patent reflecting: the allowed amendment to claim 1, the confirmation of unamended dependent claim 2, and the allowed new claim 9.

29.     PartsRiver contends that the scope of reexamined claims 1 and 2 of the '821 patent is legally identical to that of originally issued claims 1 and 2 of the '821 patent.

30.     Because PartsRiver: (a) asserted that the Plaintiffs infringed original claims 1 and 2 of the '821; (b) opposed the Plaintiffs' motion for summary judgment that original claims 1 and 2 of the '821 patent were invalid; (c) appealed to the Federal Circuit Judge Wilken's judgment that original claims 1 and 2 of the '821 patent were invalid; and (d) has represented to the USPTO that

the scope of reexamined claim 1 "is legally identical to that of originally issued claim 1," there is an actual controversy between PartsRiver and each of the Plaintiffs concerning non-infringement, invalidity, and/or intervening rights with respect to at least reexamined claims 1 and 2 of the '821 patent.

## COUNT I

### DECLARATORY JUDGMENT OF NONINFRINGEMENT

31. The Plaintiffs repeat and incorporate by reference the allegations of paragraphs 1–30 in their entirety.

32. Each of the Plaintiffs has not infringed, and is not now infringing, at least reexamined claims 1 and 2 of the '821 patent.

## COUNT II

### DECLARATORY JUDGMENT OF INVALIDITY

33. The Plaintiffs repeat and incorporate by reference the allegations of paragraphs 1–30 in their entirety.

34. At least reexamined claims 1 and 2 of the '821 patent are invalid.

## COUNT III

### DECLARATORY JUDGMENT OF INTERVENING RIGHTS

35. The Plaintiffs repeat and incorporate by reference the allegations of paragraphs 1–30 in their entirety.

36. The scope of reexamined claim 1 of the '821 patent is not legally identical to the scope of any original claim of the '821 patent.

37. The scope of reexamined claim 2 of the '821 patent is not identical to the scope of any original claim of the '821 patent.

38. Under 35 U.S.C. § 252, ¶ 1 & § 307(b), PartsRiver may not bring an action against any of the Plaintiffs for causes arising before November 2, 2010, with respect to at least reexamined claims 1 and 2 of the '821 patent.

39. Under 35 U.S.C. § 252, ¶ 2 & § 307(b), each of the Plaintiffs is entitled to absolute intervening rights with respect to at least reexamined claims 1 and 2 of the '821 patent.

40. Under 35 U.S.C. § 252, ¶ 2 & § 307(b), each of the Plaintiffs is entitled to equitable intervening rights for the protection of investments made or business commenced before November 2, 2010, with respect to at least claims 1 and 2 of the '821 patent.

### PRAYER FOR RELIEF

**WHEREFORE**, each of the Plaintiffs prays for the following relief:

A. A declaration that each Plaintiff has not infringed and is not infringing at least reexamined claims 1 and 2 of the '821 patent;

B. A declaration that at least reexamined claims 1 and 2 of the '821 patent are invalid;

C. A declaration that PartsRiver may not bring an action against any of the Plaintiffs for causes arising before November 2, 2010, with respect to at least reexamined claims 1 and 2 of the '821 patent;

D. A declaration that each of the Plaintiffs is entitled to absolute intervening rights with respect to at least reexamined claims 1 and 2 of the '821 patent;

E. A declaration that each of the Plaintiffs is entitled to equitable intervening rights with respect to at least reexamined claims 1 and 2 of the '821 patent;

F. An order declaring that each Plaintiff is a prevailing party and that this is an exceptional case, awarding each Plaintiff its costs, expenses, disbursements, and reasonable attorneys' fees under 35 U.S.C. § 285 and all other applicable statutes, rules, and common law;

G. That PartsRiver be ordered to pay all costs associated with this action; and

H. That each Plaintiff be granted such other and additional relief as the Court deems just and proper

1

2   Dated: November 2, 2010                    By: _____

3

4       Marc R. Ascolese (Bar No. 251397)
            <mascolese@sidley.com>
        SIDLEY AUSTIN LLP

5       555 California Street, Suite 2000
        San Francisco, California  94104

6       Telephone:   (415) 772-1200
        Facsimile:   (415) 772-7400

7       David T. Pritikin

8           <dpritikin@sidley.com>
        Richard A. Cederoth

9           <rcederoth@sidley.com>
        SIDLEY AUSTIN LLP
        One S. Dearborn Street

10      Chicago, Illinois  60603
        Telephone:   (312) 853-7000

11      Facsimile:   (312) 853-7036

12      Theodore W. Chandler (Bar No. 219456)
            <tchandler@sidley.com>

13      SIDLEY AUSTIN LLP
        555 West Fifth Street, Suite 4000

14      Los Angeles, California  90013
        Telephone:   (213) 896-6000

15      Facsimile:   (213) 896-6600

16      <SF-PartsRiver-MS-eBay@sidley.com>

17

18      David E. Killough (Bar No. 110719)
            <davkill@microsoft.com>
        MICROSOFT CORPORATION

19      One Microsoft Way, 8/2076
        Redmond, Washington  98052

20      Telephone:   (425) 703-8865
        Facsimile:   (425) 869-1327

21

22      *Counsel for Plaintiff Microsoft Corporation*

23

24

25

26

27

28

1

2  Dated: November 2, 2010          By: _____

3                                   Marc R. Ascolese (Bar No. 251397)
                                        <mascolese@sidley.com>
4                                    SIDLEY AUSTIN LLP
                                     555 California Street, Suite 2000
5                                    San Francisco, California 94104
                                     Telephone:   (415) 772-1200
6                                    Facsimile:   (415) 772-7400

7                                    David T. Pritikin
                                        <dpritikin@sidley.com>
8                                    Richard A. Cederoth
                                        <rcederoth@sidley.com>
9                                    SIDLEY AUSTIN LLP
                                     One S. Dearborn Street
10                                   Chicago, Illinois 60603
                                     Telephone:   (312) 853-7000
11                                   Facsimile:   (312) 853-7036

12                                   Theodore W. Chandler (Bar No. 219456)
                                        <tchandler@sidley.com>
13                                   SIDLEY AUSTIN LLP
                                     555 West Fifth Street, Suite 4000
14                                   Los Angeles, California 90013
                                     Telephone:   (213) 896-6000
15                                   Facsimile:   (213) 896-6600

16                                   <SF-PartsRiver-MS-eBay@sidley.com>

17                                   *Counsel for Plaintiff eBay Inc.*

18

19

20

21

22

23

24

25

26

27

28

-8-<br>COMPLAINT

1

2

## **DEMAND FOR JURY TRIAL**

3

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, each of the Plaintiffs

4

demands a trial by jury.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

Dated: November 2, 2010                    By:

3

4                                          Marc R. Ascolese (Bar No. 251397)
                                              <mascolese@sidley.com>
                                           SIDLEY AUSTIN LLP
5                                          555 California Street, Suite 2000
                                           San Francisco, California 94104
6                                          Telephone:   (415) 772-1200
                                           Facsimile:   (415) 772-7400
7

8                                          David T. Pritikin
                                              <dpritikin@sidley.com>
9                                          Richard A. Cederoth
                                              <rcederoth@sidley.com>
10                                         SIDLEY AUSTIN LLP
                                           One S. Dearborn Street
11                                         Chicago, Illinois 60603
                                           Telephone:   (312) 853-7000
12                                         Facsimile:   (312) 853-7036

13                                         Theodore W. Chandler (Bar No. 219456)
                                              <tchandler@sidley.com>
14                                         SIDLEY AUSTIN LLP
                                           555 West Fifth Street, Suite 4000
15                                         Los Angeles, California 90013
                                           Telephone:   (213) 896-6000
16                                         Facsimile:   (213) 896-6600

17                                         <SF-PartsRiver-MS-eBay@sidley.com>

18
                                           David E. Killough (Bar No. 110719)
19                                            <davkill@microsoft.com>
                                           MICROSOFT CORPORATION
20                                         One Microsoft Way, 8/2076
                                           Redmond, Washington 98052
21                                         Telephone:   (425) 703-8865
                                           Facsimile:   (425) 869-1327

22

23                                         *Counsel for Plaintiff Microsoft Corporation*

24

25

26

27

28

1

2 | Dated: November 2, 2010                By: _____

3

4                                         Marc R. Ascolese (Bar No. 251397)
                                          <mascolese@sidley.com>
5                                         SIDLEY AUSTIN LLP
                                          555 California Street, Suite 2000
6                                         San Francisco, California 94104
                                          Telephone:   (415) 772-1200
7                                         Facsimile:   (415) 772-7400

8                                         David T. Pritikin
                                          <dpritikin@sidley.com>
9                                         Richard A. Cederoth
                                          <rcederoth@sidley.com>
10                                        SIDLEY AUSTIN LLP
                                          One S. Dearborn Street
11                                        Chicago, Illinois 60603
                                          Telephone:   (312) 853-7000
12                                        Facsimile:   (312) 853-7036

13                                        Theodore W. Chandler (Bar No. 219456)
                                          <tchandler@sidley.com>
14                                        SIDLEY AUSTIN LLP
                                          555 West Fifth Street, Suite 4000
15                                        Los Angeles, California 90013
                                          Telephone:   (213) 896-6000
16                                        Facsimile:   (213) 896-6600

17                                        <SF-PartsRiver-MS-eBay@sidley.com>

18                                        *Counsel for Plaintiff eBay Inc.*

19

20

21

22

23

24

25

26

27

28