[JOINT FILING — SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| eBay Inc. and Microsoft Corporation,<br><br>      *Plaintiffs*,<br><br>    vs.<br><br>PartsRiver, Inc. and Kelora Systems, LLC,<br><br>      *Defendants*. | No. 4:10-cv-4947-CW (filed Nov. 2, 2010)<br>No. 4:10-cv-5106-CW (filed Nov. 10, 2010)<br>No. 4:10-cv-5108-CW (filed Nov. 10, 2010)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE UNTIL MARCH 15, 2011**<br><br>**[Civil L.R. 6-2 and 7-12]** |
| eBay Inc.,<br><br>      *Plaintiff*,<br><br>    vs.<br><br>PartsRiver, Inc. and Kelora Systems, LLC,<br><br>      *Defendants*. | |
| Microsoft Corporation,<br><br>      *Plaintiff*,<br><br>    vs.<br><br>PartsRiver, Inc. and Kelora Systems, LLC,<br><br>      *Defendants*. | |

**JOINT STIPULATION**

The Court recently found that the following four actions are "related" for purposes of Civil L.R. 3-12:

1. **First Action:** *PartsRiver, Inc., v. Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation*, No. 09-cv-00811 (filed Feb. 25, 2009).

2. **New:** *eBay Inc. and Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 10-cv-4947 (filed Nov. 2, 2010).

3. **New:** *eBay Inc. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 10-cv-5106 (filed Nov. 10, 2010).

4. **New:** *Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 10-cv-5108 (filed Nov. 10, 2010).

Additionally, Microsoft and eBay recently agreed to extend the deadline for PartsRiver and Kelora to respond to the complaints in the three "New" actions listed above until February 10, 2011.

The parties believe that aligning the schedules in the three "New" actions for the Initial Case Management Conferences ("CMCs"), and related deadlines under Fed. R. Civ. P. 26(f), Civil L.R. 16-9, and ADR L.R. 3-5, is more efficient for both the Court and the parties. Accordingly, the parties hereby stipulate to the following schedule for the three "New" actions listed above:

| Description | Date |
|---|---|
| Last day for parties to:<br>• confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Tuesday<br>February 22, 2011 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | Tuesday<br>March 8, 2011 |
| INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612, at 2:00 p.m. | Tuesday<br>March 15, 2011 |

There have been no previous time modifications in any of the New actions. As each of the New actions is at a very early stage and their schedules have not been set by the Court, the requested changes to the case schedules will have no significant effect on the anticipated schedule for the cases.

1   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3  Dated: January 10, 2011                         By:  /s/ Robert D. Becker

4
                                                  Robert D. Becker (Bar No. 160648)
5                                                    <rbecker@manatt.com>
                                                  Ronald S. Katz (Bar No. 85713)
6                                                    <rkatz@manatt.com>
                                                  Shawn G. Hansen (Bar No. 197033)
7                                                    <shansen@manatt.com>
                                                  MANATT, PHELPS & PHILLIPS, LLP
8                                                 1001 Page Mill Road, Building 2
                                                  Palo Alto, CA  94304-1006
9                                                 Telephone:    (650) 812-1300
                                                  Facsimile:    (650) 213-0260
10
                                                  *Counsel for PartsRiver, Inc. and Kelora*
11                                                *Systems, LLC*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
JOINT STIPULATION CONTINUING CMC — NOS. 10-4947, 10-5106, 10-5108

| | |
|---|---|
| Dated:  January 10, 2011 | By: /s/ Marc R. Ascolese |

David T. Pritikin (*pro hac vice*)
    <dpritikin@sidley.com>
Richard A. Cederoth (*pro hac vice*)
    <rcederoth@sidley.com>
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, Illinois  60603
Telephone:    (312) 853-7000
Facsimile:     (312) 853-7036

Theodore W. Chandler (Bar No. 219456)
    <tchandler@sidley.com>
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:    (213) 896-6000
Facsimile:     (213) 896-6600

Marc R. Ascolese (Bar No. 251397)
    <mascolese@sidley.com>
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:    (415) 772-1200
Facsimile:     (415) 772-7400

<SF-PartsRiver-MS-eBay@sidley.com>

David E. Killough (Bar No. 110719)
    <davkill@microsoft.com>
MICROSOFT CORPORATION
One Microsoft Way, 8/2076
Redmond, Washington  98052
Telephone:    (425) 703-8865
Facsimile:     (425) 869-1327

*Counsel for Microsoft Corporation*

1
2  Dated: January 10, 2011                    By:  /s/ Marc R. Ascolese
3                                                  David T. Pritikin (*pro hac vice*)
                                                       <dpritikin@sidley.com>
4                                                  Richard A. Cederoth (*pro hac vice*)
                                                       <rcederoth@sidley.com>
5                                                  SIDLEY AUSTIN LLP
                                                   One S. Dearborn Street
6                                                  Chicago, Illinois  60603
                                                   Telephone:    (312) 853-7000
7                                                  Facsimile:     (312) 853-7036

8                                                  Theodore W. Chandler (Bar No. 219456)
                                                       <tchandler@sidley.com>
9                                                  SIDLEY AUSTIN LLP
                                                   555 West Fifth Street, Suite 4000
10                                                 Los Angeles, California  90013
                                                   Telephone:    (213) 896-6000
11                                                 Facsimile:     (213) 896-6600

12                                                 Marc R. Ascolese (Bar No. 251397)
                                                       <mascolese@sidley.com>
13                                                 SIDLEY AUSTIN LLP
                                                   555 California Street, Suite 2000
14                                                 San Francisco, California  94104
                                                   Telephone:    (415) 772-1200
15                                                 Facsimile:     (415) 772-7400

16                                                 <SF-PartsRiver-MS-eBay@sidley.com>

17                                                 *Counsel for eBay Inc.*

18
19
20
21
22
23
24
25
26
27
28

-5-

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

                                              /s/ Marc R. Ascolese

**[PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**

IT IS HEREBY ORDERED that the following schedule shall apply to Civil Action Nos. 10-cv-4947, 10-cv-5106, and 10-cv-5108:

| Description | Date |
| --- | --- |
| Last day for parties to:<br>• confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Tuesday<br>February 22, 2011 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | Tuesday<br>March 8, 2011 |
| INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612, at 2:00 p.m. | Tuesday<br>March 15, 2011 |

SO ORDERED.

Dated: 1/14/2011

_____
CLAUDIA WILKEN
United States District Judge