[JOINT FILING — SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

PartsRiver, Inc.,
*Plaintiff*,

vs.

Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation,
*Defendants*.

No. 4:09-cv-00811-CW (filed Feb. 25, 2009)

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE UNTIL MARCH 17, 2011**

**[Civil L.R. 6-2 and 7-12]**

eBay Inc. and Microsoft Corporation,
*Plaintiffs*,

vs.

PartsRiver, Inc. and Kelora Systems, LLC,
*Defendants*.

No. 4:10-cv-4947-CW (filed Nov. 2, 2010)

eBay Inc.,
*Plaintiff and Counterclaim-Defendant*,

vs.

PartsRiver, Inc. and Kelora Systems, LLC,
*Defendants and Counterclaim-Plaintiff*.

No. 4:10-cv-5106-CW (filed Nov. 10, 2010)

Microsoft Corporation,
*Plaintiff and Counterclaim-Defendant*,

vs.

PartsRiver, Inc. and Kelora Systems, LLC,
*Defendants and Counterclaim-Plaintiff*.

No. 4:10-cv-5108-CW (filed Nov. 10, 2010)

Shopzilla, Inc.,
*Plaintiff*,

vs.

Kelora Systems, LLC,
*Defendant*.

No. 4:11-cv-00502-CW (filed Feb. 2, 2011)

**JOINT STIPULATION**

The Court recently found that the following five actions are "related" for purposes of Civil L.R. 3-12:

1. **First Action:** *PartsRiver, Inc., v. Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation*, No. 4:09-cv-00811-CW (filed Feb. 25, 2009).

2. **Previously Related Actions:** Actions previously related per this Court's January 10, 2011, order (09-cv-00811, Dkt. No. 267) : *eBay Inc. and Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-4947-CW (filed Nov. 2, 2010); *eBay Inc. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5106-CW (filed Nov. 10, 2010); *Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5108-CW (filed Nov. 10, 2010).

3. **New Action:** *Shopzilla, Inc. v. Kelora Systems, LLC*, No. 4:11-cv-00502-CW (filed Feb. 2, 2011).

Currently, a Case Management Conference ("CMC") for the First Action and the Initial CMCs for the Previously Related Actions and the New Action are all scheduled for Tuesday, March 15, 2011. Additionally, this Court is scheduled to hear the following three motions to dismiss on Thursday, March 17, 2011:

- PartsRiver and Kelora's motion to dismiss Case No. 10-4947 (Feb. 10, 2011) [Docket No. 17]
- PartsRiver's motion to be dismissed from Case No. 10-5106 (Feb. 10, 2011) [Docket No. 22]
- PartsRiver's motion to be dismissed from Case No. 10-5108 (Feb. 10, 2011) [Docket No. 19]

The parties believe that aligning the dates for the five CMCs and the hearings for the motions to dismiss is more efficient for both the Court and the parties. Moving the five CMCs also adjusts related deadlines under Fed. R. Civ. P. 26(f), Civil L.R. 16-9, and ADR L.R. 3-5. Accordingly, the parties hereby stipulate to the following schedule for the five actions listed above:

| Description | Date |
| --- | --- |
| **10-4947, 10-5106, 10-5108, 11-0502:**<br>Last day for parties to:<br>• confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Thursday<br>February 24, 2011 |
| **10-4947, 10-5106, 10-5108:**<br>Last day for eBay and Microsoft to file opposition to motions to dismiss | Thursday<br>February 24, 2011 |
| **10-4947, 10-5106, 10-5108:**<br>Last day for PartsRiver and Kelora to file reply in support of motions to dismiss | Thursday<br>March 3, 2011 |
| **10-4947, 10-5106, 10-5108, 11-0502:**<br>Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | Thursday<br>March 10, 2011 |
| **09-0811:**<br>Last day to file Joint Case Management Statement | Thursday<br>March 10, 2011 |
| **10-4947, 10-5106, 10-5108:**<br>Hearing on motions to dismiss in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612, at 2:00 p.m. | Thursday<br>March 17, 2011 |
| **10-4947, 10-5106, 10-5108, 11-0502:**<br>INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612, at 2:00 p.m. | Thursday<br>March 17, 2011 |
| **09-0811:**<br>CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612, at 2:00 p.m. | Thursday<br>March 17, 2011 |

The only previous time modifications for the Previously Related Actions was to continue their CMCs to March 15, 2011. There are no previous time modifications for the New Action. As each of the Previously Related Actions and the New Action is at a very early stage and their schedules have not been set by the Court, the requested changes to the case schedules will have no significant effect on the anticipated schedule for the cases.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 18, 2011      By:  /s/ Robert D. Becker

        Robert D. Becker (Bar No. 160648)
          <rbecker@manatt.com>
        Ronald S. Katz (Bar No. 85713)
          <rkatz@manatt.com>
        Shawn G. Hansen (Bar No. 197033)
          <shansen@manatt.com>
        MANATT, PHELPS & PHILLIPS, LLP
        1001 Page Mill Road, Building 2
        Palo Alto, CA  94304-1006
        Telephone:    (650) 812-1300
        Facsimile:      (650) 213-0260

*Counsel for PartsRiver, Inc. and Kelora Systems, LLC*

Dated: February 18, 2011

By: /s/ Marc R. Ascolese

David T. Pritikin (*pro hac vice*)
<dpritikin@sidley.com>
Richard A. Cederoth (*pro hac vice*)
<rcederoth@sidley.com>
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Theodore W. Chandler (Bar No. 219456)
<tchandler@sidley.com>
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Marc R. Ascolese (Bar No. 251397)
<mascolese@sidley.com>
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

<SF-PartsRiver-MS-eBay@sidley.com>

David E. Killough (Bar No. 110719)
<davkill@microsoft.com>
MICROSOFT CORPORATION
One Microsoft Way, 8/2076
Redmond, Washington 98052
Telephone: (425) 703-8865
Facsimile: (425) 869-1327

*Counsel for Microsoft Corporation*

Dated: February 18, 2011

By: /s/ Marc R. Ascolese

David T. Pritikin (*pro hac vice*)
<dpritikin@sidley.com>
Richard A. Cederoth (*pro hac vice*)
<rcederoth@sidley.com>
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Theodore W. Chandler (Bar No. 219456)
<tchandler@sidley.com>
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Marc R. Ascolese (Bar No. 251397)
<mascolese@sidley.com>
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

<SF-PartsRiver-MS-eBay@sidley.com>

*Counsel for eBay Inc.*

Dated: February 18, 2011

By: /s/ Dan D. Davison

Dan D. Davison (*pro hac vice*)
<ddavison@fulbright.com>
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

Richard S. Zembek (*pro hac vice*)
<rzembek@fulbright.com>
Daniel S. Leventhal (*pro hac vice*)
<dleventhal@fulbright.com>
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

John A. O'Malley, (Bar No. 101181)
<jomalley@fulbright.com>
FULBRIGHT & JAWORSKI L.L.P.
555 S. Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

<Yahoo@fulbright.com>

*Counsel for Yahoo! Inc.*

Dated: February 18, 2011                         By:   /s/ Jordan Trent Jones

                                                Jordan Trent Jones (Bar No. 166600)
                                                    <jtjones@jordanjonesiplaw.com>
                                                Law Offices of Jordan Trent Jones
                                                100 Spear Street, 18th Floor
                                                San Francisco, CA 94105
                                                Telephone:    (415) 357-8940
                                                Facsimile:    (415) 371-0500

                                                James G. Gilliland Jr. (Bar No. 107988)
                                                    <jgilliland@kilpatricktownsend.com>
                                                KILPATRICK TOWNSEND & STOCKTON LLP
                                                Two Embarcadero Center, Eighth Floor
                                                San Francisco, California  94111
                                                Telephone:    (415) 576-0200
                                                Facsimile:    (415) 576-0300

                                                Eric M. Hutchins (Bar No. 245462)
                                                    <ehutchins@kilpatricktownsend.com>
                                                Hogene L. Choi (Bar No. 256617)
                                                    <hchoi@kilpatricktownsend.com>
                                                379 Lytton Avenue
                                                Palo Alto, CA 94301
                                                Telephone:    (650) 326-2400
                                                Facsimile:    (650) 326-2422

                                                *Counsel for Shopzilla, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

/s/ Marc R. Ascolese

**[PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**

IT IS HEREBY ORDERED that the following schedule shall apply to Civil Action Nos. 4:09-cv-00811-CW, No. 4:10-cv-4947-CW, 4:10-cv-5106-CW, 4:10-cv-5108-CW, and 4:11-cv-00502-CW:

| **Description** | **Date** |
|---|---|
| **10-4947, 10-5106, 10-5108, 11-0502:**<br>Last day for parties to:<br>• confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Thursday<br>February 24, 2011 |
| **10-4947, 10-5106, 10-5108:**<br>Last day for eBay and Microsoft to file opposition to motions to dismiss | Thursday<br>February 24, 2011 |
| **10-4947, 10-5106, 10-5108:**<br>Last day for PartsRiver and Kelora to file reply in support of motions to dismiss | Thursday<br>March 3, 2011 |
| **10-4947, 10-5106, 10-5108, 11-0502:**<br>Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | Thursday<br>March 10, 2011 |
| **09-0811:**<br>Last day to file Joint Case Management Statement | Thursday<br>March 10, 2011 |
| **10-4947, 10-5106, 10-5108:**<br>Hearing on motions to dismiss in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612, at 2:00 p.m. | Thursday<br>March 17, 2011 |
| **10-4947, 10-5106, 10-5108, 11-0502:**<br>INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612, at 2:00 p.m. | Thursday<br>March 17, 2011 |
| **09-0811:**<br>CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612, at 2:00 p.m. | Thursday<br>March 17, 2011 |

SO ORDERED.

Dated: ___________________

CLAUDIA WILKEN
United States District Judge

SF1 1670971V.1