IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBAY INC. and MICROSOFT CORPORATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>PARTSRIVER, INC., and KELORA SYSTEMS, LLC,<br><br>    Defendants. | No. C 10-4947 CW<br><br>ORDER TO RESPOND TO INTENT TO RELATE CASE |

On April 1, 2011, Kelora Systems, LLC v. Target Corporation, Case No. C 11-1548 HRL, was transferred into this district from the Western District of Wisconsin. Kelora involves claims of infringement of U.S. Patent No. 6,275,821, which is at issue in this case. The similarities between the cases suggest that relating Kelora to Case No. C 10-4947 CW is appropriate. Civ. L.R. 3-12.

Within four days of the date of this Order, the parties may file any response in opposition to or in support of relating Case No. C 11-1548 HRL to Case No. C 10-1497 CW and assigning it to the undersigned, the judge assigned to the earliest-filed case. If no response is received, the case will be deemed related and the Clerk will be directed to re-assign it.

IT IS SO ORDERED.

Dated: April 4, 2011

_____
CLAUDIA WILKEN
United States District Judge