[JOINT FILING — SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| eBay Inc. and Microsoft Corporation,<br><br>    *Plaintiffs and Counterclaim-Defendants*,<br><br>    vs.<br><br>PartsRiver, Inc. and Kelora Systems, LLC,<br><br>    *Defendants and Counterclaim-Plaintiff*.<br><br>Shopzilla, Inc.,<br><br>    *Plaintiff*,<br><br>    vs.<br><br>Kelora Systems, LLC,<br><br>    *Defendant*. | No. 4:10-cv-4947-CW (filed Nov. 2, 2010)<br>No. 4:10-cv-5106-CW (filed Nov. 10, 2010)<br>No. 4:10-cv-5108-CW (filed Nov. 10, 2010)<br>No. 4:11-cv-0502-CW (filed Feb. 2, 2011)<br><br>**JOINT STIPULATION AND ORDER REGARDING (1) KELORA'S *EX PARTE* APPLICATION AND (2) KELORA'S MOTION TO CONTINUE HEARING**<br><br>**[Civil L.R. 6-2 and 7-12]** |

1   On April 4, 2011, Kelora filed its Motion to Continue Hearing and to Modify Briefing

Schedule for Plaintiff's Motion fro Summary Judgment ("Motion to Continue").  Case No. 10-4947,

Docket No. 43.[1]  On April 1, 2011, Kelora had requested a shortened briefing schedule and an April

7, 2011 hearing in its *Ex Parte* Application by Kelora Systems, LLC for an Order Shortening Time

to Hear Kelora's Motion to Continue Hearing on Plaintiffs' Motion for Summary Judgment ("*Ex

Parte* Application").  Docket No. 42.

The parties have met and conferred and have reached agreement regarding the Motion to

Continue:

1. Plaintiffs' opposition to the Motion to Continue will be due Thursday, April 7, 2011.
2. The parties agree that the Motion to Continue should be decided on the papers, and no hearing is needed.
3. The parties agree that Kelora's *Ex Parte* Application for an Order Shortening Time is now moot.

The only previous time modification for these cases was to continue their CMCs to March

17, 2011.  As each of these cases is at an early stage and their schedules have not been fully set by

the Court, the requested changes to the briefing schedule will have no significant effect on the

anticipated schedule for the cases.

---

[1] Unless otherwise stated, all docket references are to the docket of the earliest filed declaratory judgment matter, Case No. 10-4947.

-1-
JOINT STIPULATION RE MOTION TO CONTINUE — NOS. 10-4947, 10-5106, 10-5108, 11-0502

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 4, 2011            By:  /s/ Robert D. Becker

           Robert D. Becker (Bar No. 160648)
              <rbecker@manatt.com>
           Ronald S. Katz (Bar No. 85713)
              <rkatz@manatt.com>
           Shawn G. Hansen (Bar No. 197033)
              <shansen@manatt.com>
           MANATT, PHELPS & PHILLIPS, LLP
           1001 Page Mill Road, Building 2
           Palo Alto, CA  94304-1006
           Telephone:    (650) 812-1300
           Facsimile:      (650) 213-0260

           *Counsel for PartsRiver, Inc. and Kelora Systems, LLC*

| | |
|---|---|
| Dated: April 4, 2011 | By: /s/ Marc R. Ascolese |

                    David T. Pritikin (*pro hac vice*)
                       <dpritikin@sidley.com>
                    Richard A. Cederoth (*pro hac vice*)
                       <rcederoth@sidley.com>
                    SIDLEY AUSTIN LLP
                    One S. Dearborn Street
                    Chicago, Illinois  60603
                    Telephone:   (312) 853-7000
                    Facsimile:     (312) 853-7036

                    Theodore W. Chandler (Bar No. 219456)
                       <tchandler@sidley.com>
                    SIDLEY AUSTIN LLP
                    555 West Fifth Street, Suite 4000
                    Los Angeles, California  90013
                    Telephone:   (213) 896-6000
                    Facsimile:     (213) 896-6600

                    Marc R. Ascolese (Bar No. 251397)
                       <mascolese@sidley.com>
                    SIDLEY AUSTIN LLP
                    555 California Street, Suite 2000
                    San Francisco, California  94104
                    Telephone:   (415) 772-1200
                    Facsimile:     (415) 772-7400

                    <Kelora-Microsoft-eBay@sidley.com>

                    David E. Killough (Bar No. 110719)
                       <davkill@microsoft.com>
                    MICROSOFT CORPORATION
                    One Microsoft Way, 8/2076
                    Redmond, Washington  98052
                    Telephone:   (425) 703-8865
                    Facsimile:     (425) 869-1327

                    *Counsel for Microsoft Corporation*

-4-

| | | |
|---|---|---|
| 1 | Dated: April 4, 2011 | By: /s/ Marc R. Ascolese |

David T. Pritikin (*pro hac vice*)
&lt;dpritikin@sidley.com&gt;
Richard A. Cederoth (*pro hac vice*)
&lt;rcederoth@sidley.com&gt;
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, Illinois  60603
Telephone:   (312) 853-7000
Facsimile:    (312) 853-7036

Theodore W. Chandler (Bar No. 219456)
&lt;tchandler@sidley.com&gt;
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:   (213) 896-6000
Facsimile:    (213) 896-6600

Marc R. Ascolese (Bar No. 251397)
&lt;mascolese@sidley.com&gt;
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:   (415) 772-1200
Facsimile:    (415) 772-7400

&lt;Kelora-Microsoft-eBay@sidley.com&gt;

*Counsel for eBay Inc.*

-5-

Dated: April 4, 2011                    By:  /s/ Jordan Trent Jones

                                                  Jordan Trent Jones (Bar No. 166600)
                                                    <jtjones@jordanjonesiplaw.com>
                                                Law Offices of Jordan Trent Jones
100 Spear Street, 18th Floor
San Francisco, CA 94105
Telephone:   (415) 357-8940
Facsimile:      (415) 371-0500

James G. Gilliland Jr. (Bar No. 107988)
   <jgilliland@kilpatricktownsend.com>
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone:   (415) 576-0200
Facsimile:      (415) 576-0300

Eric M. Hutchins (Bar No. 245462)
   <ehutchins@kilpatricktownsend.com>
Hogene L. Choi (Bar No. 256617)
   <hchoi@kilpatricktownsend.com>
379 Lytton Avenue
Palo Alto, CA 94301
Telephone:   (650) 326-2400
Facsimile:      (650) 326-2422

*Counsel for Shopzilla, Inc.*

---

JOINT STIPULATION RE MOTION TO CONTINUE — NOS. 10-4947, 10-5106, 10-5108, 11-0502

-6-

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

                                                              /s/ Marc R. Ascolese

-7-

## SCHEDULING ORDER

IT IS HEREBY ORDERED that Kelora's Motion to Continue Hearing and to Modify Briefing Schedule for Plaintiff's Motion for Summary Judgment ("Motion to Continue", Case No. 10-4947, Docket No. 43; Case No. 10-5106, Docket No. 48; Case No 10-5108, Docket No. 45; Case No. 11-502, Docket No. 27) shall be decided on the papers.

It is further ORDERED that Plaintiffs' opposition to the Motion to Continue shall be due Thursday, April 7, 2011.

It is further ORDERED that Kelora's *Ex Parte* Application for an Order Shortening Time (Case No. 10-4947, Docket No. 42; Case No. 10-5106, Docket No. 47; Case No 10-5108, Docket No. 44; Case No. 11-502, Docket No. 26) is denied as moot.

SO ORDERED.

Dated: 4/5/2011

_____
CLAUDIA WILKEN
United States District Judge