**[JOINT FILING - SEE SIGNATURE PAGE FOR COUNSEL]**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| eBay Inc. and Microsoft Corporation,<br>*Plaintiffs and Counterclaim-Defendants,*<br><br>vs.<br><br>PartsRiver, Inc. and Kelora Systems, LLC,<br>*Defendants and Counterclaim-Plaintiff.* | No. 4:10-cv-4947-CW (filed Nov. 2, 2010)<br><br>**STIPULATION AND ORDER RELATING CASES**<br><br>**[CIVIL L.R. 3-12 AND 7-12]** |

## STIPULATION

Pursuant to Civil Local Rule 3-12(b) and Civil Local Rule 7-12, Kelora Systems, LLC and Cabela's, Inc. file this stipulation and proposed order asking the Court to consider whether the following actions are related:

1. This action: *eBay Inc. and Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-4947-CW (filed Nov. 2, 2010);

2. New action: *Cabela's, Inc. v. Kelora Systems, LLC*, No. 3:11-cv-1398-WHA (filed Mar. 23, 2011).

3. First-filed case to which this action was previously related by this Court: *PartsRiver, Inc., v. Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation*, No. 4:09-cv-00811-CW (filed Feb. 25, 2009) ("Case No. 09-811").

4. Other actions previously related to Case No. 09-811 per this Court's orders: *eBay Inc. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5106-CW (filed Nov. 10, 2010); and *Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5108-CW (filed Nov. 10, 2010); and *Shopzilla, Inc. v. Kelora Systems, LLC*, No. 4:11-cv-00502-CW (filed Feb. 2, 2011).

1    All of the above-referenced actions concern United States Patent No. 6,275,821.  The new
2    action filed on March 23, 2011, concerns Kelora Systems, LLC, a party to the actions previously
3    related to Case No. 09-811 per this Court's orders.  Cabela's Inc. is a declaratory relief plaintiff in
4    the new action.

5    Kelora and Cabela's therefore agree that the actions listed above are "related" as defined
6    by Civil Local Rule 3-12(a), and that the new action filed March 23, 2011, should be reassigned
7    to the judge presiding over the first-filed action (Case No. 09-811): Judge Wilken in the Oakland
8    Division.

9    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 8, 2011        By:         */s/ Robert D. Becker*

Robert D. Becker (Bar No. 160648)
  <rbecker@manatt.com>
Ronald S. Katz (Bar No. 85713)
  <rkatz@manatt.com>
Shawn G. Hansen (Bar No. 197033)
  <shansen@manatt.com>
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:       (650) 812-1300
Facsimile:        (650) 213-0260

*Counsel for Kelora Systems, LLC*

Dated: April 8, 2011        By:  __*/s/ Gregory P. Sitrick* _____

QUARLES & BRADY LLP
Gregory P. Sitrick
Wendy K. Akbar
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391

LUCE FORWARD HAMILTON & SCRIPPS LLP
Jeffrey L. Fillerup
121 Spear Street, Suite 200
San Francisco, CA 94105
Callie Bjurstrom
600 West Broadway, Ste. 2600
San Diego, Ca 92101

*Counsel for Cabela's Inc.*

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

                                             */s/ Robert D. Becker*

                                             Robert D. Becker

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

# **ORDER RELATING CASES**

As the judge assigned to the earliest filed case below that bears my initials, I find that the recently filed case that I have initialed below is related under Civil Local Rule 3-12 to the cases below already assigned to me, and this recently filed case shall be reassigned to me.

Original and previously related cases:

*PartsRiver, Inc., v. Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation*, No. 4:09-cv-00811-CW (filed Feb. 25, 2009);

*eBay Inc. and Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-4947-CW (filed Nov. 2, 2010);

*eBay Inc. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5106-CW (filed Nov. 10, 2010);

*Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5108-CW (filed Nov. 10, 2010);

*Shopzilla, Inc. v. Kelora Systems, LLC*, No. 4:11-cv-00502-CW (filed Feb. 2, 2011).


*Cabela's, Inc. v. Kelora Systems, LLC*,  No. 3:11-cv-1398-WHA (filed Mar. 23, 2011).

I find that the above case is related to the cases assigned to me. _____

SO ORDERED.

Dated: __4/11/2011_____                     _____

CLAUDIA WILKEN

United States District Judge

300237256.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

4

**PROOF OF SERVICE**

I, Nancy A. Nelson, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1001 Page Mill Road, Building 2, Palo Alto, California 94304. On April 8, 2011, I served a copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER RELATING CASES**

**Electronic Mail and U.S. Postal Mail Notice List**

| | |
|---|---|
| Gregory P. Sitrick, Esq. (*pro hac vice*)<br>QUARLES & BRADY LLP<br>One Renaissance Square<br>Two North Central Avenue<br>Phoenix, Arizona 95004-2391 | Telephone: (602) 229-5200<br>Facsimile: (602) 229-5690<br>E-Mail: gregory.sitrick@quarles.com |
| Wendy K. Akbar, Esq. (*pro hac vice*)<br>QUARLES & BRADY LLP<br>One Renaissance Square<br>Two North Central Avenue<br>Phoenix, Arizona 95004-2391 | Telephone: (602) 229-5200<br>Facsimile: (602) 229-5690<br>E-Mail: wendy.akbar@quarles.com |
| Jeffrey L. Fillerup, Esq.<br>LUCE, FORWARD, HAMILTON & SCRIPPS LLP<br>Rincon Center II, 121 Spear Street, Ste 200<br>San Francisco, CA 94105-1582 | Telephone: (415) 356-4600<br>Facsimile: (415) 356-3881<br>E-Mail: jfillerup@luce.com |
| Callie A. Bjurstrom, Esq.<br>LUCE, FORWARD, HAMILTON & SCRIPPS LLP<br>600 West Broadway, Suite 2600<br>San Diego, CA 92101 | Telephone: (619) 236-1414<br>Facsimile: (619) 232-8311<br>E-Mail: cbjurstrom@luce.com |

**Electronic Mail Notice List**

The following are those who are currently on the list to receive Electronic Court Filing Notifications, who are being served with this document via the Court's ECF system.

**Marc R. Ascolese**
Sidley Austin, LLP
555 California St., Suite 2000
San Francisco, CA 94104
Tel: 415-772-7498
Fax: 415-772-7400
mascolese@sidley.com

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

5

| | |
|---|---|
| 1 | **David T. Pritikin** |
| | dpritikin@sidley.com |
| 2 | **Richard A. Cederoth** |
| | rcederoth@sidley.com |
| 3 | Sidley Austin, LLP |
| | One South Dearborn Street |
| 4 | Chicago, IL 60603 |
| | Tel:  312-853-7000 |
| 5 | Fax:  312-853-7036 |

**Theodore W. Chandler**
tchandler@sidley.com
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:     (213) 896-6000
Facsimile:     (213) 896-6600

*Attorneys for eBay, Inc. and Microsoft Corporation*

**Jordan Trent Jones**
jtjones@jordanjonesiplaw.com
Law Offices of Jordan Trent Jones
100 Spear Street, 18th Floor
San Francisco, CA 94105
Tel:  415-357-8940
Fax:  415-371-0500

**Eric M. Hutchins**
ehutchins@kilpatricktownsend.com
**Hogene Lucretia Choi**
hlchoi@townsend.com
Kilpatrick Townsend & Stockton LLP
379 Lytton Avenue
Palo Alto, CA 94301
Tel:  650-326-2400
Fax:  650-326-2422

**James G. Gilliland**
jgilliland@kilpatricktownsend.com
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Tel:  415-576-0200
Fax:  415-576-0300

*Attorneys for Shopzilla, Inc.*

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on April 8, 2011, at Palo Alto, California.

3                                           */s/ Nancy A. Nelson*

4                                           Nancy A. Nelson

5  **SIGNATURE ATTESTATION**

6

7  Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

8

9                                           */s/ Robert D. Becker*

10                                           Robert D. Becker