[JOINT FILING — SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| eBay Inc. and Microsoft Corporation,<br><br>*Plaintiffs and Counterclaim-Defendants*,<br><br>vs.<br><br>PartsRiver, Inc. and Kelora Systems, LLC,<br><br>*Defendants and Counterclaim-Plaintiff.* | No. 4:10-cv-4947-CW (filed Nov. 2, 2010)<br>No. 4:10-cv-5106-CW (filed Nov. 10, 2010)<br>No. 4:10-cv-5108-CW (filed Nov. 10, 2010)<br>No. 4:11-cv-0502-CW (filed Feb. 2, 2011)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |
| Shopzilla, Inc.,<br><br>*Plaintiff*,<br><br>vs.<br><br>Kelora Systems, LLC,<br><br>*Defendant*. | **[Civil L.R. 6-2 and 7-12]** |

The Court held an Initial Case Management Conference for these four actions on March 17, 2011. Rather than set a schedule for these four actions, the Court encouraged the parties to meet and confer in an effort to reach agreement on a schedule for each action. The parties have met and conferred and have reached agreement on the following deadlines:

| **Description** | **Kelora's Proposal** | **Plaintiffs' Proposal** |
|---|---|---|
| Deadline for joining parties and amending pleadings | 21 days from Court's decision on the motions to dismiss heard on 3/17 | |
| Disclosure of Asserted Claims and Infringement Contentions (Patent L.R. 3-1)<br><br>Document Production Accompanying Disclosure (Patent L.R. 3-2) | Thursday<br>May 12, 2011 | |
| Invalidity Contentions (Patent L.R. 3-3)<br><br>Document Production Accompanying Invalidity Contentions (Patent L.R. 3-4) | Tuesday<br>June 28, 2011 | |
| Exchange of Proposed Terms for Construction (Patent L.R. 4-1) | Thursday<br>July 14, 2011 | |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | Thursday<br>August 4, 2011 | |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | Thursday<br>August 25, 2011 | |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | Friday<br>September 2, 2011 | |
| DJ Plaintiffs to file opening brief re: claim construction and any dispositive motions related to claim construction (contained within a single 25-page brief) | Thursday<br>September 15, 2011 | |
| DJ Defendant(s)' opposition and any cross-motion contained within a single brief | Thursday<br>October 6, 2011 | |
| DJ Plaintiffs' reply / opposition to cross-motion (contained within a single brief) | Thursday<br>October 27, 2011 | |

| **Description** | **Kelora's Proposal** | **Plaintiffs' Proposal** |
|---|---|---|
| DJ Defendant(s)' surreply | Thursday November 3, 2011, by DJ Defendants | |
| Hearing on claim construction and related dispositive motions | Thursday November 17, 2011 2:00 p.m. | |
| Completion of Fact Discovery | Friday February 3, 2012 | |
| DJ Plaintiffs to produce or make available opinion of counsel and related documents relied upon as defense to willful infringement, etc. (Patent L.R. 3-7) | 50 days after Claim Construction Order | |
| Disclosure of identities and reports of expert witnesses | 50 days after Claim Construction Order | |
| Rebuttal expert reports | 21 days after opening reports | |
| Completion of Expert Discovery | 49 days after opening reports | |
| Case Management Conference to finalize schedule(s) for trial(s) | Tuesday April 10, 2012, 2:00 p.m. | |
| Parties to exchange (but not file or lodge) the papers described in Civil L.R. 16-10(b) (7), (8), (9), and (10), and their motions in limine (Standing Order for Pretrial Preparation, ¶ 1) | 30+ days before final pretrial conference | |
| Deadline to meet and confer regarding Pretrial Conference Statement (Standing Order for Pretrial Preparation, ¶ 2) | 21 days before final pretrial conference | |
| File Joint Pretrial Conference Statement, exhibit list and objections, witness list, discovery responses, trial briefs, motions in limine, joint proposed voir dire, joint proposed jury instructions, and proposed verdict forms (Standing Order for Pretrial Preparation, ¶ 3) | 14 days before final pretrial conference | |

| Description | Kelora's Proposal | Plaintiffs' Proposal |
|---|---|---|
| Final Pretrial Conference | 14 days before trial ||
| Trial(s) | 10 days of trial(s) beginning July 16, 2012 (with the format of the trial(s) to be determined at the CMC on April 10, 2012) ||

Although the Court indicated during the March 17, 2011 Case Management Conference that it was inclined to have expert discovery before claim construction, both parties agree that it is more efficient to have expert reports after claim construction. The Court previously granted the parties' request to have expert discovery after claim construction in the original matter. *See* Case No. 09-0811, Docket No. 232; Ex. A at 1-2.

The only previous time modification for these cases was to continue their CMCs to March 17, 2011. The schedules for each of these cases have yet to be fully set by the Court, and the requested changes to the case schedules will have no significant effect on those dates already scheduled by the Court.

In addition, in accordance with the Court's instructions during the March 17, 2011, Case Management Conference, Kelora advises the Court that Kelora produced to Plaintiffs' counsel on March 23, 2011, copies of agreements that relate to the ownership and/or rights with respect to the '821 patent as between PartsRiver and Kelora.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 19, 2011                         By:  /s/ Robert D. Becker

                                        Robert D. Becker (Bar No. 160648)
                                          <rbecker@manatt.com>
                                        Ronald S. Katz (Bar No. 85713)
                                          <rkatz@manatt.com>
                                        Shawn G. Hansen (Bar No. 197033)
                                          <shansen@manatt.com>
                                        MANATT, PHELPS & PHILLIPS, LLP
                                        1001 Page Mill Road, Building 2
                                        Palo Alto, CA  94304-1006
                                        Telephone:     (650) 812-1300
                                        Facsimile:     (650) 213-0260

                                        *Counsel for PartsRiver, Inc. and Kelora Systems, LLC*

Dated: April 19, 2011               By: /s/ Marc R. Ascolese

           David T. Pritikin (*pro hac vice*)
              <dpritikin@sidley.com>
           Richard A. Cederoth (*pro hac vice*)
              <rcederoth@sidley.com>
           SIDLEY AUSTIN LLP
           One S. Dearborn Street
           Chicago, Illinois  60603
           Telephone:     (312) 853-7000
           Facsimile:      (312) 853-7036

           Theodore W. Chandler (Bar No. 219456)
              <tchandler@sidley.com>
           SIDLEY AUSTIN LLP
           555 West Fifth Street, Suite 4000
           Los Angeles, California  90013
           Telephone:     (213) 896-6000
           Facsimile:      (213) 896-6600

           Marc R. Ascolese (Bar No. 251397)
              <mascolese@sidley.com>
           SIDLEY AUSTIN LLP
           555 California Street, Suite 2000
           San Francisco, California  94104
           Telephone:     (415) 772-1200
           Facsimile:      (415) 772-7400

           <Kelora-Microsoft-eBay@sidley.com>

           David E. Killough (Bar No. 110719)
              <davkill@microsoft.com>
           MICROSOFT CORPORATION
           One Microsoft Way, 8/2076
           Redmond, Washington  98052
           Telephone:     (425) 703-8865
           Facsimile:      (425) 869-1327

           *Counsel for Microsoft Corporation*

Dated: April 19, 2011

By: /s/ Marc R. Ascolese

David T. Pritikin (*pro hac vice*)
   <dpritikin@sidley.com>
Richard A. Cederoth (*pro hac vice*)
   <rcederoth@sidley.com>
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, Illinois  60603
Telephone:   (312) 853-7000
Facsimile:   (312) 853-7036

Theodore W. Chandler (Bar No. 219456)
   <tchandler@sidley.com>
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:   (213) 896-6000
Facsimile:   (213) 896-6600

Marc R. Ascolese (Bar No. 251397)
   <mascolese@sidley.com>
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:   (415) 772-1200
Facsimile:   (415) 772-7400

<Kelora-Microsoft-eBay@sidley.com>

*Counsel for eBay Inc.*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 19, 2011 | By: /s/ Jordan Trent Jones |

Jordan Trent Jones (Bar No. 166600)
&lt;jtjones@jordanjonesiplaw.com&gt;
Law Offices of Jordan Trent Jones
100 Spear Street, 18th Floor
San Francisco, CA 94105
Telephone:   (415) 357-8940
Facsimile:    (415) 371-0500

James G. Gilliland Jr. (Bar No. 107988)
&lt;jgilliland@kilpatricktownsend.com&gt;
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone:   (415) 576-0200
Facsimile:    (415) 576-0300

Eric M. Hutchins (Bar No. 245462)
&lt;ehutchins@kilpatricktownsend.com&gt;
Hogene L. Choi (Bar No. 256617)
&lt;hchoi@kilpatricktownsend.com&gt;
379 Lytton Avenue
Palo Alto, CA 94301
Telephone:   (650) 326-2400
Facsimile:    (650) 326-2422

*Counsel for Shopzilla, Inc.*

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

/s/ Marc R. Ascolese

### [PROPOSED] SCHEDULING ORDER

IT IS HEREBY ORDERED that the following schedule shall apply to Civil Action Nos. 4:10-cv-4947-CW, 4:10-cv-5106-CW, 4:10-cv-5108-CW, and 4:11-cv-00502-CW:

| **Description** | **Kelora's Proposal** | **Plaintiffs' Proposal** |
|---|---|---|
| Deadline for joining parties and amending pleadings | 21 days from Court's decision on the motions to dismiss heard on 3/17 ||
| Disclosure of Asserted Claims and Infringement Contentions (Patent L.R. 3-1) Document Production Accompanying Disclosure (Patent L.R. 3-2) | Thursday May 12, 2011 ||
| Invalidity Contentions (Patent L.R. 3-3) Document Production Accompanying Invalidity Contentions (Patent L.R. 3-4) | Tuesday June 28, 2011 ||
| Exchange of Proposed Terms for Construction (Patent L.R. 4-1) | Thursday July 14, 2011 ||
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | Thursday August 4, 2011 ||
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | Thursday August 25, 2011 ||
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | Friday September 2, 2011 ||
| DJ Plaintiffs to file opening brief re: claim construction and any dispositive motions related to claim construction (contained within a single 25-page brief) | Thursday September 15, 2011 ||
| DJ Defendant(s)' opposition and any cross-motion contained within a single brief | Thursday October 6, 2011 ||
| DJ Plaintiffs' reply / opposition to cross-motion (contained within a single brief) | Thursday October 27, 2011 ||

| **Description** | **Kelora's Proposal** | **Plaintiffs' Proposal** |
|---|---|---|
| DJ Defendant(s)' surreply | Thursday November 3, 2011, by DJ Defendants | |
| Hearing on claim construction and related dispositive motions | Thursday November 17, 2011 2:00 p.m. | |
| Completion of Fact Discovery | Friday February 3, 2012 | |
| DJ Plaintiffs to produce or make available opinion of counsel and related documents relied upon as defense to willful infringement, etc. (Patent L.R. 3-7) | 50 days after Claim Construction Order | |
| Disclosure of identities and reports of expert witnesses | 50 days after Claim Construction Order | |
| Rebuttal expert reports | 21 days after opening reports | |
| Completion of Expert Discovery | 49 days after opening reports | |
| Case Management Conference to finalize schedule(s) for trial(s) | Tuesday April 10, 2012, 2:00 p.m. | |
| Parties to exchange (but not file or lodge) the papers described in Civil L.R. 16-10(b) (7), (8), (9), and (10), and their motions in limine (Standing Order for Pretrial Preparation, ¶ 1) | 30+ days before final pretrial conference | |
| Deadline to meet and confer regarding Pretrial Conference Statement (Standing Order for Pretrial Preparation, ¶ 2) | 21 days before final pretrial conference | |
| File Joint Pretrial Conference Statement, exhibit list and objections, witness list, discovery responses, trial briefs, motions in limine, joint proposed voir dire, joint proposed jury instructions, and proposed verdict forms (Standing Order for Pretrial Preparation, ¶ 3) | 14 days before final pretrial conference | |

| **Description** | **Kelora's Proposal** | **Plaintiffs' Proposal** |
|---|---|---|
| Final Pretrial Conference | 14 days before trial ||
| Trial(s) | 10 days of trial(s) beginning July 16, 2012 (with the format of the trial(s) to be determined at the CMC on April 10, 2012) ||

SO ORDERED.

Dated: _____

                                        CLAUDIA WILKEN
                                        United States District Judge