1  [JOINT FILING — SEE SIGNATURE PAGE FOR COUNSEL]

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

9  OAKLAND DIVISION

| | |
|---|---|
| eBay Inc. and Microsoft Corporation, | No. 4:10-cv-4947-CW (filed Nov. 2, 2010) |
| | No. 4:10-cv-5106-CW (filed Nov. 10, 2010) |
| *Plaintiffs and Counterclaim-Defendants*, | No. 4:10-cv-5108-CW (filed Nov. 10, 2010) |
| | No. 4:11-cv-0502-CW (filed Feb. 2, 2011) |
| vs. | |
| PartsRiver, Inc. and Kelora Systems, LLC, | **JOINT STIPULATION AND ORDER REGARDING CASE SCHEDULE** |
| *Defendants and Counterclaim-Plaintiff.* | |
| Shopzilla, Inc., | **[Civil L.R. 6-2 and 7-12]** |
| *Plaintiff*, | |
| vs. | |
| Kelora Systems, LLC, | |
| *Defendant*. | |

The Court held an Initial Case Management Conference for these four actions on March 17, 2011. Rather than set a schedule for these four actions, the Court encouraged the parties to meet and confer in an effort to reach agreement on a schedule for each action. The parties have met and conferred and have reached agreement on the following deadlines:

| **Description** | **Kelora's Proposal** | **Plaintiffs' Proposal** |
|---|---|---|
| Deadline for joining parties and amending pleadings | 21 days from Court's decision on the motions to dismiss heard on 3/17 ||
| Disclosure of Asserted Claims and Infringement Contentions (Patent L.R. 3-1) <br><br> Document Production Accompanying Disclosure (Patent L.R. 3-2) | Thursday <br> May 12, 2011 ||
| Invalidity Contentions (Patent L.R. 3-3) <br><br> Document Production Accompanying Invalidity Contentions (Patent L.R. 3-4) | Tuesday <br> June 28, 2011 ||
| Exchange of Proposed Terms for Construction (Patent L.R. 4-1) | Thursday <br> July 14, 2011 ||
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | Thursday <br> August 4, 2011 ||
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | Thursday <br> August 25, 2011 ||
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | Friday <br> September 2, 2011 ||
| DJ Plaintiffs to file opening brief re: claim construction and any dispositive motions related to claim construction (contained within a single 25-page brief) | Thursday <br> September 15, 2011 ||
| DJ Defendant(s)' opposition and any cross-motion contained within a single brief | Thursday <br> October 6, 2011 ||
| DJ Plaintiffs' reply / opposition to cross-motion (contained within a single brief) | Thursday <br> October 27, 2011 ||

| **Description** | **Kelora's Proposal** | **Plaintiffs' Proposal** |
|---|---|---|
| DJ Defendant(s)' surreply | Thursday November 3, 2011, by DJ Defendants ||
| Hearing on claim construction and related dispositive motions | Thursday November 17, 2011 2:00 p.m. ||
| Completion of Fact Discovery | Friday February 3, 2012 ||
| DJ Plaintiffs to produce or make available opinion of counsel and related documents relied upon as defense to willful infringement, etc. (Patent L.R. 3-7) | 50 days after Claim Construction Order ||
| Disclosure of identities and reports of expert witnesses | 50 days after Claim Construction Order ||
| Rebuttal expert reports | 21 days after opening reports ||
| Completion of Expert Discovery | 49 days after opening reports ||
| Case Management Conference to finalize schedule(s) for trial(s) | Tuesday April 10, 2012, 2:00 p.m. ||
| Parties to exchange (but not file or lodge) the papers described in Civil L.R. 16-10(b) (7), (8), (9), and (10), and their motions in limine (Standing Order for Pretrial Preparation, ¶ 1) | 30+ days before final pretrial conference ||
| Deadline to meet and confer regarding Pretrial Conference Statement (Standing Order for Pretrial Preparation, ¶ 2) | 21 days before final pretrial conference ||
| File Joint Pretrial Conference Statement, exhibit list and objections, witness list, discovery responses, trial briefs, motions in limine, joint proposed voir dire, joint proposed jury instructions, and proposed verdict forms (Standing Order for Pretrial Preparation, ¶ 3) | 14 days before final pretrial conference ||

| Description | Kelora's Proposal | Plaintiffs' Proposal |
|---|---|---|
| Final Pretrial Conference | 14 days before trial ||
| Trial(s) | 10 days of trial(s) beginning July 16, 2012 (with the format of the trial(s) to be determined at the CMC on April 10, 2012) ||

Although the Court indicated during the March 17, 2011 Case Management Conference that it was inclined to have expert discovery before claim construction, both parties agree that it is more efficient to have expert reports after claim construction.  The Court previously granted the parties' request to have expert discovery after claim construction in the original matter.  *See* Case No. 09-0811, Docket No. 232; Ex. A at 1-2.

The only previous time modification for these cases was to continue their CMCs to March 17, 2011.  The schedules for each of these cases have yet to be fully set by the Court, and the requested changes to the case schedules will have no significant effect on those dates already scheduled by the Court.

In addition, in accordance with the Court's instructions during the March 17, 2011, Case Management Conference, Kelora advises the Court that Kelora produced to Plaintiffs' counsel on March 23, 2011, copies of agreements that relate to the ownership and/or rights with respect to the '821 patent as between PartsRiver and Kelora.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 19, 2011                                 By:  /s/ Robert D. Becker

                                                Robert D. Becker (Bar No. 160648)
                                                  &lt;rbecker@manatt.com&gt;
                                                Ronald S. Katz (Bar No. 85713)
                                                  &lt;rkatz@manatt.com&gt;
                                                Shawn G. Hansen (Bar No. 197033)
                                                 &lt;shansen@manatt.com&gt;
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:    (650) 812-1300
Facsimile:      (650) 213-0260

*Counsel for PartsRiver, Inc. and Kelora Systems, LLC*

1

2  Dated: April 19, 2011                            By: /s/ Marc R. Ascolese

3                                                   David T. Pritikin (*pro hac vice*)
                                                        <dpritikin@sidley.com>
4                                                   Richard A. Cederoth (*pro hac vice*)
                                                        <rcederoth@sidley.com>
5                                                   SIDLEY AUSTIN LLP
                                                    One S. Dearborn Street
6                                                   Chicago, Illinois  60603
                                                    Telephone:   (312) 853-7000
7                                                   Facsimile:    (312) 853-7036

8                                                   Theodore W. Chandler (Bar No. 219456)
                                                        <tchandler@sidley.com>
9                                                   SIDLEY AUSTIN LLP
                                                    555 West Fifth Street, Suite 4000
10                                                  Los Angeles, California  90013
                                                    Telephone:   (213) 896-6000
11                                                  Facsimile:    (213) 896-6600

12                                                  Marc R. Ascolese (Bar No. 251397)
                                                        <mascolese@sidley.com>
13                                                  SIDLEY AUSTIN LLP
                                                    555 California Street, Suite 2000
14                                                  San Francisco, California  94104
                                                    Telephone:   (415) 772-1200
15                                                  Facsimile:    (415) 772-7400

16                                                  <Kelora-Microsoft-eBay@sidley.com>

17
                                                    David E. Killough (Bar No. 110719)
18                                                      <davkill@microsoft.com>
                                                    MICROSOFT CORPORATION
19                                                  One Microsoft Way, 8/2076
                                                    Redmond, Washington  98052
20                                                  Telephone:   (425) 703-8865
                                                    Facsimile:    (425) 869-1327
21
                                                    *Counsel for Microsoft Corporation*
22

23

24

25

26

27

28

| | |
|---|---|
| Dated: April 19, 2011 | By: /s/ Marc R. Ascolese |
| | David T. Pritikin (*pro hac vice*) <dpritikin@sidley.com> Richard A. Cederoth (*pro hac vice*) <rcederoth@sidley.com> SIDLEY AUSTIN LLP One S. Dearborn Street Chicago, Illinois  60603 Telephone:   (312) 853-7000 Facsimile:    (312) 853-7036 |
| | Theodore W. Chandler (Bar No. 219456) <tchandler@sidley.com> SIDLEY AUSTIN LLP 555 West Fifth Street, Suite 4000 Los Angeles, California  90013 Telephone:   (213) 896-6000 Facsimile:    (213) 896-6600 |
| | Marc R. Ascolese (Bar No. 251397) <mascolese@sidley.com> SIDLEY AUSTIN LLP 555 California Street, Suite 2000 San Francisco, California  94104 Telephone:   (415) 772-1200 Facsimile:    (415) 772-7400 |
| | <Kelora-Microsoft-eBay@sidley.com> |
| | *Counsel for eBay Inc.* |

Dated: April 19, 2011					By: /s/ Jordan Trent Jones

					Jordan Trent Jones (Bar No. 166600)
					    <jtjones@jordanjonesiplaw.com>
					Law Offices of Jordan Trent Jones
					100 Spear Street, 18th Floor
					San Francisco, CA 94105
					Telephone:     (415) 357-8940
					Facsimile:      (415) 371-0500

					James G. Gilliland Jr. (Bar No. 107988)
					    <jgilliland@kilpatricktownsend.com>
					KILPATRICK TOWNSEND & STOCKTON LLP
					Two Embarcadero Center, Eighth Floor
					San Francisco, California  94111
					Telephone:     (415) 576-0200
					Facsimile:      (415) 576-0300

					Eric M. Hutchins (Bar No. 245462)
					    <ehutchins@kilpatricktownsend.com>
					Hogene L. Choi (Bar No. 256617)
					    <hchoi@kilpatricktownsend.com>
					379 Lytton Avenue
					Palo Alto, CA 94301
					Telephone:     (650) 326-2400
					Facsimile:      (650) 326-2422

					*Counsel for Shopzilla, Inc.*

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

/s/ Marc R. Ascolese

## SCHEDULING ORDER

IT IS HEREBY ORDERED that the following schedule shall apply to Civil Action Nos. 4:10-cv-4947-CW, 4:10-cv-5106-CW, 4:10-cv-5108-CW, and 4:11-cv-00502-CW:

| **Description** | **Kelora's Proposal** | **Plaintiffs' Proposal** |
|---|---|---|
| Deadline for joining parties and amending pleadings | 21 days from Court's decision on the motions to dismiss heard on 3/17 ||
| Disclosure of Asserted Claims and Infringement Contentions (Patent L.R. 3-1)  Document Production Accompanying Disclosure (Patent L.R. 3-2) | Thursday May 12, 2011 ||
| Invalidity Contentions (Patent L.R. 3-3)  Document Production Accompanying Invalidity Contentions (Patent L.R. 3-4) | Tuesday June 28, 2011 ||
| Exchange of Proposed Terms for Construction (Patent L.R. 4-1) | Thursday July 14, 2011 ||
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | Thursday August 4, 2011 ||
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | Thursday August 25, 2011 ||
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | Friday September 2, 2011 ||
| DJ Plaintiffs to file opening brief re: claim construction and any dispositive motions related to claim construction (contained within a single 25-page brief) | Thursday September 15, 2011 ||
| DJ Defendant(s)' opposition and any cross-motion contained within a single brief | Thursday October 6, 2011 ||
| DJ Plaintiffs' reply / opposition to cross-motion (contained within a single brief) | Thursday October 27, 2011 ||

| **Description** | **Kelora's Proposal** | **Plaintiffs' Proposal** |
|---|---|---|
| DJ Defendant(s)' surreply | Thursday November 3, 2011, by DJ Defendants ||
| Hearing on claim construction and related dispositive motions | Thursday November 17, 2011 2:00 p.m. ||
| Completion of Fact Discovery | Friday February 3, 2012 ||
| DJ Plaintiffs to produce or make available opinion of counsel and related documents relied upon as defense to willful infringement, etc. (Patent L.R. 3-7) | 50 days after Claim Construction Order ||
| Disclosure of identities and reports of expert witnesses | 50 days after Claim Construction Order ||
| Rebuttal expert reports | 21 days after opening reports ||
| Completion of Expert Discovery | 49 days after opening reports ||
| Case Management Conference to finalize schedule(s) for trial(s) | Tuesday April 10, 2012, 2:00 p.m. ||
| Parties to exchange (but not file or lodge) the papers described in Civil L.R. 16-10(b) (7), (8), (9), and (10), and their motions in limine (Standing Order for Pretrial Preparation, ¶ 1) | 30+ days before final pretrial conference ||
| Deadline to meet and confer regarding Pretrial Conference Statement (Standing Order for Pretrial Preparation, ¶ 2) | 21 days before final pretrial conference ||
| File Joint Pretrial Conference Statement, exhibit list and objections, witness list, discovery responses, trial briefs, motions in limine, joint proposed voir dire, joint proposed jury instructions, and proposed verdict forms (Standing Order for Pretrial Preparation, ¶ 3) | 14 days before final pretrial conference ||

| Description | Kelora's Proposal | Plaintiffs' Proposal |
|---|---|---|
| Final Pretrial Conference | June 26, 2012 at 2:00 p.m. ||
| Trial(s) | 10 days of trial(s) beginning July 16, 2012 (with the format of the trial(s) to be determined at the CMC on April 10, 2012) ||

SO ORDERED.

Dated:  4/21/2011

CLAUDIA WILKEN
United States District Judge