UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBAY INC., et al. v. PARTSRIVER, INC. | NO. C 10-04947 CW |
| EBAY INC. v. PARTSRIVER, INC., et al. | C 10-05106 CW |
| MICROSOFT CORPORATION v. PARTSRIVER, INC., et al. | C 10-05108 CW |

**MINUTE ORDER**
Date: May 5, 2011

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley   Court Reporter:** Sarah Goekler

**Appearances for Plaintiff:**
Marc Ascolese; Theodore Chandler

**Appearances for Defendant:**
Robert Becker; Ron Katz; Ben Klienman

## Motions:

| | | |
|---|---|---|
| Plaintiff | Motion for Summary Judgment | Under Submission |
| Plaintiff | Motion for Summary Judgment | Under Submission |
| Plaintiff | Motion for Summary Judgment | Under Submission |

Order to be prepared by: Court

Notes:   Motions are argued and submitted by the parties, and taken under submission by the Court.  Parties are in agreement that all three cases should be consolidated with C 10-4947 CW being the lead case, and the other two cases being administratively closed.  Parties inform the Court that they will attend another settlement conference once a ruling is made on the motions.

Previously set dates are maintained.

Copies to:  Chambers