IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EBAY INC., et al.,  No. C 10-04947 CW

    Plaintiffs,  ORDER RELATING CASES AND CASE MANAGEMENT ORDER

  v.

PARTSRIVER, INC.,

    Defendant.
_____/

    On May 16, 2011, the parties filed a stipulation to relate <u>Nebraska Furniture Mart, Inc. v. Kelora Systems, LLC</u>, Case No. C 11-2284 PSG, to the above-captioned case.

    As the Judge assigned to the earliest filed case, I find that <u>Nebraska Furniture Mart, Inc. v. Kelora Systems, LLC</u>, Case No. C 11-2284 PSG, is related to the case assigned to me, and that this case shall be reassigned to me. The parties are instructed that all future filings in any reassigned case are to bear the undersigned's initials immediately after the case number. A case management conference will be held in Case No. C 11-1548 on Tuesday, May 31, 2011 at 2:00 p.m. The parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are

vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set the ADR Local Rules remain in effect.

IT IS SO ORDERED.

Dated: 5/24/2011

CLAUDIA WILKEN
United States District Judge