IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBAY INC. ET AL,<br><br>         Plaintiff,<br><br>    v.<br><br>PARTSRIVER, INC.,<br><br>         Defendant.<br>_____/ | No. C 10-04947 CW<br><br><u>ORDER OF</u><br><u>REFERENCE TO</u><br><u>MAGISTRATE JUDGE</u> |
| KELORA SYSTEMS, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, et al.,<br><br>         Defendants.<br>_____/ | No. C 11-1548 CW |
| CABELA'S INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>KELORA SYSTEMS, LLC,<br><br>         Defendant.<br>_____/ | No. C 11-1398 CW |
| NEBRASKA FURNITURE MART, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>KELORA SYSTEMS, LLC,<br><br>         Defendant.<br>_____/ | No. C 11-2284 CW |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the parties' dispute over the proposed protective order and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated:  8/12/2011

CLAUDIA WILKEN
United States District Judge

cc: Sue; Assigned M/J w/mo.