1   [JOINT FILING — SEE SIGNATURE PAGE FOR LIST OF COUNSEL]

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

| | |
|---|---|
| eBay Inc. and Microsoft Corporation,<br><br>    *Plaintiffs and Counterclaim-Defendants,*<br><br>  vs.<br><br>Kelora Systems, LLC,<br><br>    *Defendant and Counterclaim-Plaintiff.* | No. 4:10-cv-4947-CW (filed Nov. 2, 2010)<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER PERMITTING KELORA SYSTEMS, LLC, TO FILE A SINGLE BRIEF REGARDING CLAIM CONSTRUCTION AND SUMMARY JUDGMENT OF NOT MORE THAN 60 PAGES NO LATER THAN OCTOBER 11, 2011  [Civil L.R. 6-2 & 7-12]** |
| Cabela's Inc.,<br><br>    *Plaintiff and Counterclaim-Defendant,*<br><br>  vs.<br><br>Kelora Systems, LLC,<br><br>    *Defendant and Counterclaim-Plaintiff.* | No. 4:11-cv-1398-CW (filed Mar. 23, 2011)<br>(related case) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

Kelora Systems, LLC,

     *Plaintiff and Counterclaim-Defendant*,

     vs.

Target Corporation; OfficeMax Incorporated; Rockler Companies, Inc.; 1-800-Flowers.com, Inc.; Amazon.com, Inc.; Dell, Inc.; Office Depot, Inc.; Newegg Inc.; Costco Wholesale Corporation; Hewlett-Packard Company; CircuitCity.com Inc.; Audible, Inc.; and Zappos.com, Inc.,

     *Defendants and Counterclaim-Plaintiffs*.

OfficeMax Incorporated,

     *Third-Party Plaintiff*,

     vs.

Adobe Systems Incorporated,

     *Third-Party Defendant*.

     No. 4:11-cv-1548-CW (filed Nov. 8, 2010) (related case)

Nebraska Furniture Mart, Inc.,

     *Plaintiff and Counterclaim-Defendant*,

     vs.

Kelora Systems, LLC,

     *Defendant and Counterclaim-Plaintiff*.

     No. 4:11-cv-2284-CW (filed Feb. 3, 2011) (related case)

## JOINT STIPULATION

The parties agree that, in response to the single 60-page brief that Defendants filed on claim construction and summary judgment on September 15, 2011, in all four actions listed above, Kelora will file a <u>single</u> brief of not more than <u>60 pages</u> in all four actions listed above, and the deadline for Kelora to file its brief shall be extended from Thursday, October 6, to Tuesday, October 11, 2011. Pursuant to Civil L.R. 6-2(a), this stipulated request to change time is accompanied by a declaration from counsel for Kelora, which is below.

1   Kelora also agrees that its brief filed on or before October 11 will not include any cross

2   motion.

3   These agreements do not affect any other deadlines in the four actions listed above, but the

4   parties agree to meet and confer after October 11 about the deadline and number of pages for

5   Defendants' reply brief, which is currently due on Thursday, October 27, 2011.

6

7   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

8

9   DATED:  September 23, 2011

10

11   By: /s/ Shawn G. Hansen                    By: /s/ Richard A. Cederoth

12   Robert D. Becker (Bar No. 160648)          David T. Pritikin (*pro hac vice*)
         <rbecker@manatt.com>                        <dpritikin@sidley.com>
13   Ronald S. Katz (Bar No. 85713)             Richard A. Cederoth (*pro hac vice*)
         <rkatz@manatt.com>                          <rcederoth@sidley.com>
14   Shawn G. Hansen (Bar No. 197033)           SIDLEY AUSTIN LLP
         <shansen@manatt.com>                    One S. Dearborn Street
15   MANATT, PHELPS & PHILLIPS, LLP             Chicago, Illinois  60603
     1001 Page Mill Road, Building 2            Telephone:    (312) 853-7000
16   Palo Alto, California  94304               Facsimile:    (312) 853-7036
     Telephone:    (650) 812-1300
17   Facsimile:    (650) 213-0260               Theodore W. Chandler (Bar No. 219456)
                                                    <tchandler@sidley.com>
18   *Attorneys for Kelora Systems, LLC*        Aaron M. Farber (Bar No. 270851)
                                                    <afarber@sidley.com>
19                                              SIDLEY AUSTIN LLP
                                                555 West Fifth Street, Suite 4000
20                                              Los Angeles, California  90013
                                                Telephone:    (213) 896-6000
21                                              Facsimile:    (213) 896-6600

22                                              <Kelora-Microsoft-eBay@sidley.com>

23                                              *Counsel for Plaintiff and Counterclaim-*
                                                *Defendant eBay Inc.*
24

25

26

27

28

1

                                              By:   /s/ Richard A. Cederoth

2

                                          David T. Pritikin (*pro hac vice*)

3

                                              <dpritikin@sidley.com>
                                          Richard A. Cederoth (*pro hac vice*)

4

                                              <rcederoth@sidley.com>
                                          SIDLEY AUSTIN LLP

5

                                          One S. Dearborn Street
                                          Chicago, Illinois  60603

6

                                          Telephone:    (312) 853-7000
                                          Facsimile:     (312) 853-7036

7

                                          Theodore W. Chandler (Bar No. 219456)

8

                                              <tchandler@sidley.com>
                                          Aaron M. Farber (Bar No. 270851)

9

                                              <afarber@sidley.com>
                                          SIDLEY AUSTIN LLP

10

                                          555 West Fifth Street, Suite 4000
                                          Los Angeles, California  90013

11

                                          Telephone:    (213) 896-6000
                                          Facsimile:     (213) 896-6600

12

                                          <Kelora-Microsoft-eBay@sidley.com>

13

14

                                          David E. Killough (Bar No. 110719)
                                              <davkill@microsoft.com>

15

                                          MICROSOFT CORPORATION
                                          One Microsoft Way, 8/2076

16

                                          Redmond, Washington  98052
                                          Telephone:    (425) 703-8865

17

                                          Facsimile:     (425) 869-1327

18

                                          *Counsel for Plaintiff and Counterclaim-*

19

                                          *Defendant Microsoft Corporation*

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER
Nos. 10-4947-CW, 11-1398-CW, 11-1548-CW, 11-2284-CW

1

2        By:  /s/ Wendy K. Akbar
                                                    _____

3            Gregory P. Sitrick (*pro hac vice*)
                 <gregory.sitrick@quarles.com>
4            Wendy K. Akbar (*pro hac vice*)
                 <wendy.akbar@quarles.com>
             QUARLES & BRADY LLP
5            One Renaissance Square
             Two North Central Avenue
6            Phoenix, Arizona  85004
             Telephone:    (602) 229-5200
7            Facsimile:    (602) 420-5198

8            Jeffrey L. Fillerup (Bar No. 120543)
                 <jfillerup@luce.com>
9            LUCE, FORWARD, HAMILTON & SCRIPPS LLP
             Rincon Center II
10           121 Spear Street, Suite 200
             San Francisco, California  94105
11           Telephone:    (415) 356-4600
             Facsimile:    (415) 356-3881
12

13           Callie A. Bjurstrom (Bar No. 137816)
                 <cbjurstrom@luce.com>
14           LUCE, FORWARD, HAMILTON & SCRIPPS LLP
             600 West Broadway, Suite 2600
15           San Diego, California  92101
             Telephone:    (619) 699-2586
16           Facsimile:    (619) 645-5323

17           *Attorneys for Plaintiff and Counterclaim-
             Defendant Cabela's Inc.*

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER
Nos. 10-4947-CW, 11-1398-CW, 11-1548-CW, 11-2284-CW

1

By:  /s/ Richard S. Zembek

2

Dan D. Davison (*pro hac vice*)
  <ddavison@fulbright.com>

3

FULBRIGHT & JAWORSKI L.L.P.

4

2200 Ross Avenue, Suite 2800
Dallas, Texas  75201

5

Telephone:    (214) 855-8000
Facsimile:    (214) 855-8200

6

7

Richard S. Zembek (*pro hac vice*)
  <rzembek@fulbright.com>
Daniel S. Leventhal (*pro hac vice*)
  <dleventhal@fulbright.com>

8

FULBRIGHT & JAWORSKI L.L.P.

9

Fulbright Tower

10

1301 McKinney, Suite 5100
Houston, Texas  77010

11

Telephone:    (713) 651-5151
Facsimile:    (713) 651-5246

12

Gilbert A. Greene (*pro hac vice*)
  <ggreene@fulbright.com>

13

FULBRIGHT & JAWORSKI L.L.P.

14

600 Congress Avenue, Suite 2400
Austin, Texas  78701

15

Telephone:    (512) 474-5201
Facsimile:    (512) 536-4598

16

John A. O'Malley (Bar No. 101181)
  <jomalley@fulbright.com>

17

Aaron D. Gopen (Bar No. 268451)
  <agopen@fulbright.com>

18

FULBRIGHT & JAWORSKI L.L.P.

19

555 South Flower Street, 41st Floor

20

Los Angeles, California  90071
Telephone:    (213) 892-9200

21

Facsimile:    (213) 892-9494

22

*Attorneys for Defendants and*
*Counterclaim-Plaintiffs Target*

23

*Corporation; Amazon.com, Inc.; Office*
*Depot, Inc.; Costco Wholesale*

24

*Corporation; Hewlett-Packard Company;*
*Audible, Inc.; and Zappos.com, Inc.*

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:   /s/ John S. Letchinger

John S. Letchinger (*pro hac vice*)
   <letchinger@wildman.com>
Douglas S. Rupert (*pro hac vice*)
   <rupert@wildman.com>
E. Tim Walker (*pro hac vice*)
   <walker@wildman.com>
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois  60606
Telephone:    (312) 201-2000
Facsimile:    (312) 201-2555

Clinton J. McCord (Bar No. 204749)
   <mccord@wildman.com>
WILDMAN, HARROLD, ALLEN & DIXON LLP
9665 Wilshire Boulevard, Suite 200
Beverly Hills, California  90212
Telephone:    (310) 860-8700
Facsimile:    (310) 860-3800

*Attorneys for Defendant and Counterclaim-
Plaintiff OfficeMax Incorporated*

By:   /s/ Niall A. MacLeod

Niall A. MacLeod (*pro hac vice*)
   <niall.macleod@btlaw.com>
Aaron A. Myers (*pro hac vice*)
   <aaron.myers@btlaw.com>
BARNES & THORNBURG LLP
225 South Sixth Street, Suite 2800
Minneapolis, Minnesota 55402
Telephone:    (612) 333-2111
Facsimile:    (612) 333-6798

Stephen R. Mick (Bar No. 131569)
   <smick@btlaw.com>
BARNES & THORNBURG LLP
2049 Century Park East
Los Angeles, California  90067
Telephone:    (310) 284-3880
Facsimile:    (310) 284-3894

*Attorneys for Defendant and Counterclaim-
Plaintiff Rockler Companies, Inc.*

-7-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:   /s/ Catherine E. Hart
_____

Vaibhav P. Kadaba (*pro hac vice*)
   <wkadaba@kilpatricktownsend.com>
Catherine E. Hart (*pro hac vice*)
   <chart@kilpatricktownsend.com>
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
Telephone:    (404) 815-6500
Facsimile:    (404) 815-6555

David B. Perry (State Bar No. 255925)
   <dperry@kilpatricktownsend.com>
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone:    (415) 576-0200
Facsimile:    (415) 576-0300

*Attorneys for Defendant and Counterclaim-Plaintiff 1-800-Flowers.com, Inc.*

JOINT STIPULATION AND ORDER
Nos. 10-4947-CW, 11-1398-CW, 11-1548-CW, 11-2284-CW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: /s/ David S. Bloch

Kimball R. Anderson (*pro hac vice*)
<kanderson@winston.com>
Marlon E. Lutfiyya (*pro hac vice*)
<mlutfiyya@winston.com>
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Howard I. Shin (*pro hac vice*)
<hshin@winston.com>
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

David S. Bloch (State Bar No. 184530)
<dbloch@winston.com>
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Defendant and Counterclaim-Plaintiff Dell, Inc.*

JOINT STIPULATION AND ORDER
Nos. 10-4947-CW, 11-1398-CW, 11-1548-CW, 11-2284-CW

By:  /s/ Kent E. Baldauf, Jr.

Kent E. Baldauf, Jr. (*pro hac vice*)
    <kbaldaufjr@webblaw.com>
Bryan P. Clark (*pro hac vice*)
    <bclark@webblaw.com>
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, Pennsylvania 15222
Telephone:    (412) 471-8815
Facsimile:    (412) 471-4094

Phillip F. Shinn (State Bar No. 112051)
    <pshinn@foxrothschild.com>
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, California  94104
Telephone:    (415) 364-5558
Facsimile:    (415) 391-4436

*Attorneys for Defendant and Counterclaim-Plaintiff Newegg Inc.*

By:  /s/ Sarah E. Barrows
_____

Sarah E. Barrows (Bar No. 253278)
    <barrowss@gtlaw.com>
GREENBERG TRAURIG, LLP
153 Townsend Street, 8th Floor
San Francisco, California  94107
Telephone:    (415) 655-1300
Facsimile:    (415) 707-2010

Michael A. Nicodema (*pro hac vice*)
    <nicodemam@gtlaw.com>
David M. Joyal (*pro hac vice*)
    <joyald@gtlaw.com>
Barry J. Schindler (*pro hac vice*)
    <schindlerb@gtlaw.com>
Douglas R. Weider (*pro hac vice*)
    <weider@gtlaw>
GREENBERG TRAURIG, LLP
200 Park Avenue, P.O. Box 677
Florham Park, New Jersey  07932
Telephone:    (973) 360-7900
Facsimile:    (973) 301-8410

Mary-Olga Lovett (*pro hac vice*)
    <lovettm@gtlaw.com>
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone:    (713) 374-3500
Facsimile:    (713) 374-3505

*Attorneys for Defendant and Counterclaim-Plaintiff CircuitCity.com Inc.*


By:  /s/ Ted G. Dane
_____

Ted G. Dane (Bar No. 143195)
    <Ted.Dane@mto.com>
Andrew W. Song (Bar No. 236588)
    <Andrew.Song@mto.com>
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Plaintiff and Counterclaim-Defendant Nebraska Furniture Mart, Inc.*

1

**<u>SIGNATURE ATTESTATION</u>**

2

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this

3

document has been obtained from each of the other signatories shown above.

4

5

6                                                      /s/ Shawn G. Hansen

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER
Nos. 10-4947-CW, 11-1398-CW, 11-1548-CW, 11-2284-CW

## DECLARATION OF SHAWN G. HANSEN

I, Shawn G. Hansen, declare as follows:

1.      I am a partner with the law firm of Manatt, Phelps and Phillips, counsel for Kelora Systems, LLC ("Kelora") in the above-captioned actions.  The facts below are true and correct, within my own personal knowledge, including through my communications with my colleagues and my review of materials in my role as counsel in these actions.  If called upon to do so, I could and would competently testify as to those facts.

2.      This declaration is submitted in support of Kelora's requested relief herein.

3.      Ray R. Larson was not disclosed in the initial disclosures of Newegg, Nebraska Furniture Mart, or Cabela's, was first disclosed to Kelora as a witness through the filing of the Accused Infringers' Single Joint Opening Brief on September 15, 2011, and thus Kelora has had no prior opportunity or reason to seek discovery from Mr. Larson;

4.      On September 16, 2011, I emailed the Accused Infringers' counsel requesting that Mr. Larson and another witness who provided a declaration in support of the Accused Infringers' Single Joint Opening Brief be made available for deposition by September 27, 2011, nine days in advance of the current deadline for Kelora's Single Opening Brief, and which brief is to include Kelora's Opposition and any cross-motion.

5.      Counsel for Nebraska Furniture Mart advised me by email on September 21, 2011, that Mr. Larson "will be out of the country through the end of next week, but he is available on Monday, October 3, in the afternoon (after 1:30 pm)."  Thus, Mr. Larson is not available for deposition on his declaration until the afternoon of October 3, 2011, three days in advance of the current deadline for Kelora's Single Opening Brief;

6.      Kelora believes that because Professor Larson is not available for deposition until October 3, 2011, Kelora may need additional time beyond the October 6, 2011 deadline to avoid prejudice in the preparation of Kelora's Single Opening Brief;

7.      No other order changing time has been granted by this Court in these cases regarding

1  the parties' briefs regarding claim construction and summary judgment;

2      8.      The only effect of granting the requested relief will be to extend by five days the date

3  by which Kelora must file its Single Opening Brief;

4      I declare under the pains and penalty of perjury, under the laws of California and the United

5  States, that the foregoing is true and correct.  Executed this 23rd day of September, 2011 at Palo

6  Alto, California.

7

8                          /s/ Shawn G. Hansen
                              Shawn G. Hansen

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1        **[PROPOSED] ORDER**

2              PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT in response to the

3        single 60-page brief that Defendants filed on claim construction and summary judgment on

4        September 15, 2011, in all four actions listed above, Kelora shall file a <u>single</u> brief of not more than

5        <u>60 pages</u> in all four actions listed above, and the deadline for Kelora to file its brief shall be extended

6        from Thursday, October 6, to Tuesday, October 11, 2011.  The brief that Kelora files on or before

7        October 11 shall not include any cross motion.

8              SO ORDERED.

9

10       Dated: ___9/27/2011___                    _____

11                                                CLAUDIA WILKEN

                                                  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    JOINT STIPULATION AND ORDER
                           Nos. 10-4947-CW, 11-1398-CW, 11-1548-CW, 11-2284-CW