[JOINT FILING — SEE SIGNATURE PAGE FOR LIST OF COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| eBay Inc. and Microsoft Corporation,<br><br>   *Plaintiffs and Counterclaim-Defendants*,<br><br>vs.<br><br>Kelora Systems, LLC,<br><br>   *Defendant and Counterclaim-Plaintiff.* | No. 4:10-cv-4947-CW (filed Nov. 2, 2010)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING KELORA SYSTEMS, LLC, TO FILE A SINGLE BRIEF REGARDING CLAIM CONSTRUCTION AND SUMMARY JUDGMENT OF NOT MORE THAN 60 PAGES NO LATER THAN OCTOBER 11, 2011  [Civil L.R. 6-2 & 7-12]** |
| Cabela's Inc.,<br><br>   *Plaintiff and Counterclaim-Defendant*,<br><br>vs.<br><br>Kelora Systems, LLC,<br><br>   *Defendant and Counterclaim-Plaintiff.* | No. 4:11-cv-1398-CW (filed Mar. 23, 2011)<br>(related case) |

| | |
|---|---|
| Kelora Systems, LLC, ) | No. 4:11-cv-1548-CW (filed Nov. 8, 2010) |
| ) | (related case) |
| *Plaintiff and Counterclaim-Defendant*, ) | |
| ) | |
| vs. ) | |
| ) | |
| Target Corporation; OfficeMax Incorporated; ) | |
| Rockler Companies, Inc.; 1-800-Flowers.com, ) | |
| Inc.; Amazon.com, Inc.; Dell, Inc.; Office ) | |
| Depot, Inc.; Newegg Inc.; Costco Wholesale ) | |
| Corporation; Hewlett-Packard Company; ) | |
| CircuitCity.com Inc.; Audible, Inc.; and ) | |
| Zappos.com, Inc., ) | |
| ) | |
| *Defendants and Counterclaim-Plaintiffs*. ) | |
| ) | |
| OfficeMax Incorporated, ) | |
| ) | |
| *Third-Party Plaintiff*, ) | |
| ) | |
| vs. ) | |
| ) | |
| Adobe Systems Incorporated, ) | |
| ) | |
| *Third-Party Defendant*. ) | |
| ) | No. 4:11-cv-2284-CW (filed Feb. 3, 2011) |
| Nebraska Furniture Mart, Inc., ) | (related case) |
| ) | |
| *Plaintiff and Counterclaim-Defendant*, ) | |
| ) | |
| vs. ) | |
| ) | |
| Kelora Systems, LLC, ) | |
| ) | |
| *Defendant and Counterclaim-Plaintiff*. ) | |

## JOINT STIPULATION

The parties agree that, in response to the single 60-page brief that Defendants filed on claim construction and summary judgment on September 15, 2011, in all four actions listed above, Kelora will file a <u>single</u> brief of not more than <u>60 pages</u> in all four actions listed above, and the deadline for Kelora to file its brief shall be extended from Thursday, October 6, to Tuesday, October 11, 2011. Pursuant to Civil L.R. 6-2(a), this stipulated request to change time is accompanied by a declaration from counsel for Kelora, which is below.

Kelora also agrees that its brief filed on or before October 11 will not include any cross motion.

These agreements do not affect any other deadlines in the four actions listed above, but the parties agree to meet and confer after October 11 about the deadline and number of pages for Defendants' reply brief, which is currently due on Thursday, October 27, 2011.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  September 23, 2011

By: /s/ Shawn G. Hansen

    Robert D. Becker (Bar No. 160648)
        <rbecker@manatt.com>
    Ronald S. Katz (Bar No. 85713)
        <rkatz@manatt.com>
    Shawn G. Hansen (Bar No. 197033)
        <shansen@manatt.com>
    MANATT, PHELPS & PHILLIPS, LLP
    1001 Page Mill Road, Building 2
    Palo Alto, California  94304
    Telephone:    (650) 812-1300
    Facsimile:     (650) 213-0260

*Attorneys for Kelora Systems, LLC*

By: /s/ Richard A. Cederoth

    David T. Pritikin (*pro hac vice*)
        <dpritikin@sidley.com>
    Richard A. Cederoth (*pro hac vice*)
        <rcederoth@sidley.com>
    SIDLEY AUSTIN LLP
    One S. Dearborn Street
    Chicago, Illinois  60603
    Telephone:    (312) 853-7000
    Facsimile:     (312) 853-7036

    Theodore W. Chandler (Bar No. 219456)
        <tchandler@sidley.com>
    Aaron M. Farber (Bar No. 270851)
        <afarber@sidley.com>
    SIDLEY AUSTIN LLP
    555 West Fifth Street, Suite 4000
    Los Angeles, California  90013
    Telephone:    (213) 896-6000
    Facsimile:     (213) 896-6600

    <Kelora-Microsoft-eBay@sidley.com>

*Counsel for Plaintiff and Counterclaim-Defendant eBay Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: /s/ Richard A. Cederoth

David T. Pritikin (*pro hac vice*)
&lt;dpritikin@sidley.com&gt;
Richard A. Cederoth (*pro hac vice*)
&lt;rcederoth@sidley.com&gt;
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, Illinois  60603
Telephone:   (312) 853-7000
Facsimile:    (312) 853-7036

Theodore W. Chandler (Bar No. 219456)
&lt;tchandler@sidley.com&gt;
Aaron M. Farber (Bar No. 270851)
&lt;afarber@sidley.com&gt;
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:   (213) 896-6000
Facsimile:    (213) 896-6600

&lt;Kelora-Microsoft-eBay@sidley.com&gt;


David E. Killough (Bar No. 110719)
&lt;davkill@microsoft.com&gt;
MICROSOFT CORPORATION
One Microsoft Way, 8/2076
Redmond, Washington  98052
Telephone:   (425) 703-8865
Facsimile:    (425) 869-1327


*Counsel for Plaintiff and Counterclaim-Defendant Microsoft Corporation*

1                             By: /s/ Wendy K. Akbar

Gregory P. Sitrick (*pro hac vice*)
    <gregory.sitrick@quarles.com>
Wendy K. Akbar (*pro hac vice*)
    <wendy.akbar@quarles.com>
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona  85004
Telephone:     (602) 229-5200
Facsimile:     (602) 420-5198

Jeffrey L. Fillerup (Bar No. 120543)
    <jfillerup@luce.com>
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, California  94105
Telephone:     (415) 356-4600
Facsimile:     (415) 356-3881

Callie A. Bjurstrom (Bar No. 137816)
    <cbjurstrom@luce.com>
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California  92101
Telephone:     (619) 699-2586
Facsimile:     (619) 645-5323

*Attorneys for Plaintiff and Counterclaim-Defendant Cabela's Inc.*

| | |
|---|---|
| 1 | By: /s/ Richard S. Zembek |
| 2 | Dan D. Davison (*pro hac vice*) |
| | <ddavison@fulbright.com> |
| 3 | FULBRIGHT & JAWORSKI L.L.P. |
| | 2200 Ross Avenue, Suite 2800 |
| 4 | Dallas, Texas  75201 |
| | Telephone:    (214) 855-8000 |
| 5 | Facsimile:     (214) 855-8200 |
| 6 | |
| | Richard S. Zembek (*pro hac vice*) |
| 7 | <rzembek@fulbright.com> |
| | Daniel S. Leventhal (*pro hac vice*) |
| 8 | <dleventhal@fulbright.com> |
| | FULBRIGHT & JAWORSKI L.L.P. |
| 9 | Fulbright Tower |
| | 1301 McKinney, Suite 5100 |
| 10 | Houston, Texas  77010 |
| | Telephone:    (713) 651-5151 |
| 11 | Facsimile:     (713) 651-5246 |
| 12 | |
| | Gilbert A. Greene (*pro hac vice*) |
| 13 | <ggreene@fulbright.com> |
| | FULBRIGHT & JAWORSKI L.L.P. |
| 14 | 600 Congress Avenue, Suite 2400 |
| | Austin, Texas  78701 |
| 15 | Telephone:    (512) 474-5201 |
| | Facsimile:     (512) 536-4598 |
| 16 | |
| | John A. O'Malley (Bar No. 101181) |
| 17 | <jomalley@fulbright.com> |
| | Aaron D. Gopen (Bar No. 268451) |
| 18 | <agopen@fulbright.com> |
| | FULBRIGHT & JAWORSKI L.L.P. |
| 19 | 555 South Flower Street, 41st Floor |
| | Los Angeles, California  90071 |
| 20 | Telephone:    (213) 892-9200 |
| | Facsimile:     (213) 892-9494 |
| 21 | |
| 22 | *Attorneys for Defendants and Counterclaim-Plaintiffs Target Corporation; Amazon.com, Inc.; Office Depot, Inc.; Costco Wholesale Corporation; Hewlett-Packard Company; Audible, Inc.; and Zappos.com, Inc.* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | By: /s/ John S. Letchinger |
| 2 | John S. Letchinger (*pro hac vice*) |
| | <letchinger@wildman.com> |
| 3 | Douglas S. Rupert (*pro hac vice*) |
| | <rupert@wildman.com> |
| 4 | E. Tim Walker (*pro hac vice*) |
| | <walker@wildman.com> |
| 5 | WILDMAN, HARROLD, ALLEN & DIXON LLP |
| | 225 West Wacker Drive, Suite 2800 |
| 6 | Chicago, Illinois  60606 |
| | Telephone:    (312) 201-2000 |
| 7 | Facsimile:     (312) 201-2555 |
| 8 | |
| | Clinton J. McCord (Bar No. 204749) |
| 9 | <mccord@wildman.com> |
| | WILDMAN, HARROLD, ALLEN & DIXON LLP |
| 10 | 9665 Wilshire Boulevard, Suite 200 |
| | Beverly Hills, California  90212 |
| 11 | Telephone:    (310) 860-8700 |
| | Facsimile:     (310) 860-3800 |
| 12 | |
| | *Attorneys for Defendant and Counterclaim-Plaintiff OfficeMax Incorporated* |
| 13 | |
| 14 | |
| 15 | By: /s/ Niall A. MacLeod |
| 16 | Niall A. MacLeod (*pro hac vice*) |
| | <niall.macleod@btlaw.com> |
| 17 | Aaron A. Myers (*pro hac vice*) |
| | <aaron.myers@btlaw.com> |
| 18 | BARNES & THORNBURG LLP |
| 19 | 225 South Sixth Street, Suite 2800 |
| | Minneapolis, Minnesota 55402 |
| 20 | Telephone:    (612) 333-2111 |
| | Facsimile:     (612) 333-6798 |
| 21 | |
| 22 | Stephen R. Mick (Bar No. 131569) |
| | <smick@btlaw.com> |
| 23 | BARNES & THORNBURG LLP |
| | 2049 Century Park East |
| 24 | Los Angeles, California  90067 |
| | Telephone:    (310) 284-3880 |
| 25 | Facsimile:     (310) 284-3894 |
| 26 | *Attorneys for Defendant and Counterclaim-Plaintiff Rockler Companies, Inc.* |
| 27 | |
| 28 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: /s/ Catherine E. Hart

Vaibhav P. Kadaba (*pro hac vice*)
   <wkadaba@kilpatricktownsend.com>
Catherine E. Hart (*pro hac vice*)
   <chart@kilpatricktownsend.com>
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
Telephone:    (404) 815-6500
Facsimile:    (404) 815-6555

David B. Perry (State Bar No. 255925)
   <dperry@kilpatricktownsend.com>
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone:    (415) 576-0200
Facsimile:    (415) 576-0300

*Attorneys for Defendant and Counterclaim-Plaintiff 1-800-Flowers.com, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: /s/ David S. Bloch

Kimball R. Anderson (*pro hac vice*)
<kanderson@winston.com>
Marlon E. Lutfiyya (*pro hac vice*)
<mlutfiyya@winston.com>
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Telephone:   (312) 558-5600
Facsimile:    (312) 558-5700

Howard I. Shin (*pro hac vice*)
<hshin@winston.com>
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York  10166
Telephone:   (212) 294-6700
Facsimile:    (212) 294-4700

David S. Bloch (State Bar No. 184530)
<dbloch@winston.com>
WINSTON & STRAWN LLP
101 California Street
San Francisco, California  94111
Telephone:   (415) 591-1000
Facsimile:    (415) 591-1400

*Attorneys for Defendant and Counterclaim-Plaintiff Dell, Inc.*

|     |                                                                                   |
| --- | --------------------------------------------------------------------------------- |
| 1   | By:  /s/ Kent E. Baldauf, Jr.                                                     |
| 2   | Kent E. Baldauf, Jr. (*pro hac vice*)                                             |
|     | <kbaldaufjr@webblaw.com>                                                          |
| 3   | Bryan P. Clark (*pro hac vice*)                                                   |
|     | <bclark@webblaw.com>                                                              |
| 4   | THE WEBB LAW FIRM                                                                 |
| 5   | One Gateway Center                                                                |
|     | 420 Ft. Duquesne Blvd., Suite 1200                                                |
| 6   | Pittsburgh, Pennsylvania 15222                                                    |
|     | Telephone:    (412) 471-8815                                                      |
| 7   | Facsimile:    (412) 471-4094                                                      |
| 8   | Phillip F. Shinn (State Bar No. 112051)                                           |
|     | <pshinn@foxrothschild.com>                                                        |
| 9   | FOX ROTHSCHILD LLP                                                                |
| 10  | 235 Pine Street, Suite 1500                                                       |
|     | San Francisco, California  94104                                                  |
| 11  | Telephone:    (415) 364-5558                                                      |
|     | Facsimile:    (415) 391-4436                                                      |
| 12  |                                                                                   |
|     | *Attorneys for Defendant and Counterclaim-*                                       |
| 13  | *Plaintiff Newegg Inc.*                                                           |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: /s/ Sarah E. Barrows

Sarah E. Barrows (Bar No. 253278)
  <barrowss@gtlaw.com>
GREENBERG TRAURIG, LLP
153 Townsend Street, 8th Floor
San Francisco, California  94107
Telephone:   (415) 655-1300
Facsimile:   (415) 707-2010

Michael A. Nicodema (*pro hac vice*)
  <nicodemam@gtlaw.com>
David M. Joyal (*pro hac vice*)
  <joyald@gtlaw.com>
Barry J. Schindler (*pro hac vice*)
  <schindlerb@gtlaw.com>
Douglas R. Weider (*pro hac vice*)
  <weider@gtlaw>
GREENBERG TRAURIG, LLP
200 Park Avenue, P.O. Box 677
Florham Park, New Jersey  07932
Telephone:   (973) 360-7900
Facsimile:   (973) 301-8410

Mary-Olga Lovett (*pro hac vice*)
  <lovettm@gtlaw.com>
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone:   (713) 374-3500
Facsimile:   (713) 374-3505

*Attorneys for Defendant and Counterclaim-Plaintiff CircuitCity.com Inc.*


By: /s/ Ted G. Dane

Ted G. Dane (Bar No. 143195)
  <Ted.Dane@mto.com>
Andrew W. Song (Bar No. 236588)
  <Andrew.Song@mto.com>
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Plaintiff and Counterclaim-Defendant Nebraska Furniture Mart, Inc.*

-11-
JOINT STIPULATION AND ORDER
Nos. 10-4947-CW, 11-1398-CW, 11-1548-CW, 11-2284-CW

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

/s/ Shawn G. Hansen

## **DECLARATION OF SHAWN G. HANSEN**

I, Shawn G. Hansen, declare as follows:

1. I am a partner with the law firm of Manatt, Phelps and Phillips, counsel for Kelora Systems, LLC ("Kelora") in the above-captioned actions. The facts below are true and correct, within my own personal knowledge, including through my communications with my colleagues and my review of materials in my role as counsel in these actions. If called upon to do so, I could and would competently testify as to those facts.

2. This declaration is submitted in support of Kelora's requested relief herein.

3. Ray R. Larson was not disclosed in the initial disclosures of Newegg, Nebraska Furniture Mart, or Cabela's, was first disclosed to Kelora as a witness through the filing of the Accused Infringers' Single Joint Opening Brief on September 15, 2011, and thus Kelora has had no prior opportunity or reason to seek discovery from Mr. Larson;

4. On September 16, 2011, I emailed the Accused Infringers' counsel requesting that Mr. Larson and another witness who provided a declaration in support of the Accused Infringers' Single Joint Opening Brief be made available for deposition by September 27, 2011, nine days in advance of the current deadline for Kelora's Single Opening Brief, and which brief is to include Kelora's Opposition and any cross-motion.

5. Counsel for Nebraska Furniture Mart advised me by email on September 21, 2011, that Mr. Larson "will be out of the country through the end of next week, but he is available on Monday, October 3, in the afternoon (after 1:30 pm)." Thus, Mr. Larson is not available for deposition on his declaration until the afternoon of October 3, 2011, three days in advance of the current deadline for Kelora's Single Opening Brief;

6. Kelora believes that because Professor Larson is not available for deposition until October 3, 2011, Kelora may need additional time beyond the October 6, 2011 deadline to avoid prejudice in the preparation of Kelora's Single Opening Brief;

7. No other order changing time has been granted by this Court in these cases regarding

Case 4:10-cv-04947-CW   Document 106   Filed 09/27/11   Page 14 of 15

1  the parties' briefs regarding claim construction and summary judgment;

2      8.    The only effect of granting the requested relief will be to extend by five days the date

3  by which Kelora must file its Single Opening Brief;

4      I declare under the pains and penalty of perjury, under the laws of California and the United

5  States, that the foregoing is true and correct. Executed this 23rd day of September, 2011 at Palo

6  Alto, California.

                                      */s/ Shawn G. Hansen*
                                        Shawn G. Hansen

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT in response to the single 60-page brief that Defendants filed on claim construction and summary judgment on September 15, 2011, in all four actions listed above, Kelora shall file a <u>single</u> brief of not more than <u>60 pages</u> in all four actions listed above, and the deadline for Kelora to file its brief shall be extended from Thursday, October 6, to Tuesday, October 11, 2011.  The brief that Kelora files on or before October 11 shall not include any cross motion.

SO ORDERED.

Dated: 9/27/2011

CLAUDIA WILKEN
United States District Judge