**[JOINT FILING - SEE SIGNATURE PAGE FOR COUNSEL]**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| eBay Inc. and Microsoft Corporation,<br>*Plaintiffs and Counterclaim-Defendants,*<br><br>vs.<br><br>PartsRiver, Inc. and Kelora Systems, LLC,<br>*Defendants and Counterclaim-Plaintiff.* | No. 4:10-cv-4947-CW (filed Nov. 2, 2010)<br><br>**STIPULATION AND ORDER RELATING CASES**<br><br>**[CIVIL L.R. 3-12 AND 7-12]** |

## STIPULATION

Pursuant to Civil Local Rule 3-12(b) and Civil Local Rule 7-12, Kelora Systems, LLC ("Kelora") and Adobe Systems Incorporated ("Adobe") file this stipulation and proposed order asking the Court to consider whether the following actions are related:

1. This action: *eBay Inc. and Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-4947-CW (filed Nov. 2, 2010);

2. New action: *Adobe Systems Incorporated v. Kelora Systems, LLC*, No. 3:11-cv-03938-WHA (filed August 10, 2011).

3. First-filed case to which this action was previously related by this Court: *PartsRiver, Inc., v. Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation*, No. 4:09-cv-00811-CW (filed Feb. 25, 2009) ("Case No. 09-811").

4. Other actions previously related to Case No. 09-811 per this Court's orders: *eBay Inc. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5106-CW (filed Nov. 10, 2010); and *Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5108-CW (filed Nov. 10, 2010); *Kelora Systems, LLC v. Target Corporation et al.*, No. 5:11-cv-1548-CW (filed Nov. 8, 2010); *Shopzilla, Inc. v. Kelora Systems, LLC*, No. 4: 11-cv-00502-CW (filed Feb. 2,

2011); *Cabela's Inc. v. Kelora Systems, LLC,* No. 3:11-cv-1398 (filed March 23, 2011); *Nebraska Furniture Mart Inc. v. Kelora Systems, LLC,* No. 4:11-cv-02284 (filed May 10, 2011).

All of the above-referenced actions concern United States Patent No. 6,275,821. The new action filed on August 10, 2011, concerns Kelora, a party to the actions previously related to Case No. 09-811 per this Court's orders. Adobe is a declaratory judgment plaintiff in the new action.

Kelora and Adobe therefore agree that the actions listed above are "related" as defined by Civil Local Rule 3-12(a), and that the new action filed August 10, 2011, should be reassigned to the judge presiding over the first-filed action (Case No. 09-811): Judge Wilken in the Oakland Division.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 29, 2011        By: */s/ Robert D. Becker*

        Robert D. Becker (Bar No. 160648)
         rbecker@manatt.com
        Ronald S. Katz (Bar No. 85713)
         rkatz@manatt.com
        Shawn G. Hansen (Bar No. 197033)
         shansen@manatt.com
        MANATT, PHELPS & PHILLIPS, LLP
        1001 Page Mill Road, Building 2
        Palo Alto, CA  94304-1006
        Telephone:  (650) 812-1300
        Facsimile:  (650) 213-0260

*Counsel for Kelora Systems, LLC*

| | |
|---|---|
| Dated: September 29, 2011 | By: */s/ Jason Wolff* |
| | Frank E. Scherkenbach (Bar No. 142549) |
| | scherkenbach@fr.com |
| | FISH & RICHARDSON P.C. |
| | One Marine Park Drive |
| | Boston, MA  02210 |
| | T:  617-542-5070 |
| | F:  617-542-8906 |
| | |
| | Jason W. Wolff  (Bar No. 215819) |
| | wolff@fr.com |
| | Olga I. May (Bar No. 232012) |
| | omay@fr.com |
| | FISH & RICHARDSON P.C. |
| | 12390 EL Camino Real |
| | San Diego, CA  92120 |
| | T:  858-678-5070 |
| | F:  858-678-5099 |
| | |
| | Enrique Duarte  (Bar No. 247523) |
| | Duarte@fr.com |
| | FISH & RICHARDSON P.C. |
| | 500 Arguello Street, Suite 500 |
| | Redwood City, CA  94063 |
| | T:  (650) 839-5070 |
| | F:  (650) 839-5071 |
| | |
| | *Counsel for Adobe Systems Incorporated* |

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

                                          */s/ Robert D. Becker*

                                          Robert D. Becker

# ORDER RELATING CASES

As the judge assigned to the earliest filed case below that bears my initials, I find that the recently filed case that I have initialed below is related under Civil Local Rule 3-12 to the cases below already assigned to me, and that this recently filed case shall be reassigned to me.

Original and previously related cases:

*PartsRiver, Inc., v. Shopzilla, Inc.; Yahoo! Inc.; eBay Inc.; and Microsoft Corporation*, No. 4:09-cv-00811-CW (filed Feb. 25, 2009);

*eBay Inc. and Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-4947-CW (filed Nov. 2, 2010);

*Kelora Systems, LLC v. Target Corporation et al.*, No. 5:11-cv-1548-CW (filed Nov. 8, 2010);

*eBay Inc. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5106-CW (filed Nov. 10, 2010);

*Microsoft Corp. v. PartsRiver, Inc. and Kelora Systems, LLC*, No. 4:10-cv-5108-CW (filed Nov. 10, 2010);

*Shopzilla, Inc. v. Kelora Systems, LLC*, No. 4:11-cv-00502-CW (filed Feb. 2, 2011).

*Cabela's, Inc. v. Kelora Systems, LLC*, No. 3:11-cv-1398-WHA (filed Mar. 23, 2011).

*Nebraska Furniture Mart Inc. v. Kelora Systems, LLC,*, No. 4:11-cv-02284 (filed May 10, 2011).

New action to be assigned:

*Adobe Systems Incorporated v. Kelora Systems, LLC*, No. 3:11-cv-03938-WHA (filed August 10, 2011).

I find that the above case is related to the cases assigned to me. __**CW**__

SO ORDERED.

Dated: __10/4/2011__

CLAUDIA WILKEN
United States District Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

4