[JOINT FILING — SEE SIGNATURE PAGE FOR LIST OF COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| eBay Inc. and Microsoft Corporation,<br><br>   *Plaintiffs and Counterclaim-Defendants*,<br><br>vs.<br><br>Kelora Systems, LLC,<br><br>   *Defendant and Counterclaim-Plaintiff.* | No. 4:10-cv-4947-CW (filed Nov. 2, 2010)<br><br>**JOINT STIPULATION AND ORDER ON THE PAGE LIMIT FOR DEFENDANTS' REPLY BRIEF ON CLAIM CONSTRUCTION AND SUMMARY JUDGMENT**<br><br>**[Civil L.R. 7-12]** |
| Cabela's Inc.,<br><br>   *Plaintiff and Counterclaim-Defendant*,<br><br>vs.<br><br>Kelora Systems, LLC,<br><br>   *Defendant and Counterclaim-Plaintiff.* | No. 4:11-cv-1398-CW (filed Mar. 23, 2011)<br>(related case) |

| | |
|---|---|
| Kelora Systems, LLC, | No. 4:11-cv-1548-CW (filed Nov. 8, 2010) (related case) |
|     *Plaintiff and Counterclaim-Defendant*, | |
|   vs. | |
| Target Corporation; OfficeMax Incorporated; Rockler Companies, Inc.; 1-800-Flowers.com, Inc.; Amazon.com, Inc.; Dell, Inc.; Office Depot, Inc.; Newegg Inc.; Costco Wholesale Corporation; Hewlett-Packard Company; CircuitCity.com Inc.; Audible, Inc.; and Zappos.com, Inc., | |
|     *Defendants and Counterclaim-Plaintiffs*. | |
| OfficeMax Incorporated, | |
|     *Third-Party Plaintiff*, | |
|   vs. | |
| Adobe Systems Incorporated, | |
|     *Third-Party Defendant*. | |
| Nebraska Furniture Mart, Inc., | No. 4:11-cv-2284-CW (filed Feb. 3, 2011) (related case) |
|     *Plaintiff and Counterclaim-Defendant*, | |
|   vs. | |
| Kelora Systems, LLC, | |
|     *Defendant and Counterclaim-Plaintiff*. | |

## JOINT STIPULATION

At the Case Management Conference on May 31, 2011, the Court indicated that it would prefer <u>all</u> of the Defendants[†] in the four related actions listed above to file a <u>single</u> opening brief on claim construction and summary judgment, with the understanding that this single brief would likely

---

[†] The "Defendants" are eBay Inc.; Microsoft Corporation; Cabela's Inc.; Target Corporation; OfficeMax Incorporated; Rockler Companies, Inc.; 1-800-Flowers.com, Inc.; Amazon.com, Inc.; Dell, Inc.; Office Depot, Inc.; Newegg Inc.; Costco Wholesale Corporation; Hewlett-Packard Company; CircuitCity.com Inc.; Audible, Inc.; Zappos.com, Inc.; and Nebraska Furniture Mart, Inc.

1  exceed the normal 25-page limit on briefs.  *See* Hr'g Tr. at 16:18–17:3, 20:24–21:7 (May 31, 2011)
2  [Case No. 11-1548, ECF No. 274].  With the permission of the Court [Case No. 10-4947, ECF Nos.
3  86, 106], Defendants filed a single opening brief that was 60 pages [Case No. 10-4947, ECF No. 94],
4  and Kelora filed a single opposition brief that was 60 pages [Case No. 10-4947, ECF No. 109].

5  The Defendants have met and conferred with Kelora about the page limits for Defendants'
6  reply brief on claim construction and summary judgment, and Kelora does not oppose the
7  Defendants' request to file a <u>single</u> reply brief of not more than <u>36 pages</u>, which is proportional to
8  the page limit normally provided by Civil L.R. 7-3(c).

9  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

11 DATED:  October 20, 2011

13 By:  /s/ Robert D. Becker                           By:  /s/ Richard A. Cederoth

Robert D. Becker (Bar No. 160648)
  <rbecker@manatt.com>
Ronald S. Katz (Bar No. 85713)
  <rkatz@manatt.com>
Shawn G. Hansen (Bar No. 197033)
  <shansen@manatt.com>
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, California  94304
Telephone:     (650) 812-1300
Facsimile:      (650) 213-0260

*Attorneys for Kelora Systems, LLC*

David T. Pritikin (*pro hac vice*)
  <dpritikin@sidley.com>
Richard A. Cederoth (*pro hac vice*)
  <rcederoth@sidley.com>
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, Illinois  60603
Telephone:     (312) 853-7000
Facsimile:      (312) 853-7036

Theodore W. Chandler (Bar No. 219456)
  <tchandler@sidley.com>
Aaron M. Farber (Bar No. 270851)
  <afarber@sidley.com>
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:     (213) 896-6000
Facsimile:      (213) 896-6600

<Kelora-Microsoft-eBay@sidley.com>

*Counsel for Plaintiff and Counterclaim-Defendant eBay Inc.*

| | |
|---|---|
| 1 | By: /s/ Richard A. Cederoth |
| 2 | David T. Pritikin (*pro hac vice*) |
| | <dpritikin@sidley.com> |
| 3 | Richard A. Cederoth (*pro hac vice*) |
| | <rcederoth@sidley.com> |
| 4 | SIDLEY AUSTIN LLP |
| | One S. Dearborn Street |
| 5 | Chicago, Illinois  60603 |
| | Telephone:   (312) 853-7000 |
| 6 | Facsimile:    (312) 853-7036 |
| 7 | Theodore W. Chandler (Bar No. 219456) |
| | <tchandler@sidley.com> |
| 8 | Aaron M. Farber (Bar No. 270851) |
| | <afarber@sidley.com> |
| 9 | SIDLEY AUSTIN LLP |
| | 555 West Fifth Street, Suite 4000 |
| 10 | Los Angeles, California  90013 |
| | Telephone:   (213) 896-6000 |
| 11 | Facsimile:    (213) 896-6600 |
| 12 | <Kelora-Microsoft-eBay@sidley.com> |
| 13 | |
| 14 | David E. Killough (Bar No. 110719) |
| | <davkill@microsoft.com> |
| 15 | MICROSOFT CORPORATION |
| | One Microsoft Way, 8/2076 |
| 16 | Redmond, Washington  98052 |
| | Telephone:   (425) 703-8865 |
| 17 | Facsimile:    (425) 869-1327 |
| 18 | *Counsel for Plaintiff and Counterclaim-Defendant Microsoft Corporation* |

By: /s/ Wendy K. Akbar

Gregory P. Sitrick (*pro hac vice*)
 <gregory.sitrick@quarles.com>
Wendy K. Akbar (*pro hac vice*)
 <wendy.akbar@quarles.com>
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 229-5200
Facsimile: (602) 420-5198

Jeffrey L. Fillerup (Bar No. 120543)
 <jfillerup@luce.com>
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone: (415) 356-4600
Facsimile: (415) 356-3881

Callie A. Bjurstrom (Bar No. 137816)
 <cbjurstrom@luce.com>
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101
Telephone: (619) 699-2586
Facsimile: (619) 645-5323

*Attorneys for Plaintiff and Counterclaim-Defendant Cabela's Inc.*

By: /s/ Richard S. Zembek

Dan D. Davison (*pro hac vice*)
<ddavison@fulbright.com>
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201
Telephone:    (214) 855-8000
Facsimile:     (214) 855-8200

Richard S. Zembek (*pro hac vice*)
<rzembek@fulbright.com>
Daniel S. Leventhal (*pro hac vice*)
<dleventhal@fulbright.com>
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas  77010
Telephone:    (713) 651-5151
Facsimile:     (713) 651-5246

Gilbert A. Greene (*pro hac vice*)
<ggreene@fulbright.com>
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas  78701
Telephone:    (512) 474-5201
Facsimile:     (512) 536-4598

John A. O'Malley (Bar No. 101181)
<jomalley@fulbright.com>
Aaron D. Gopen (Bar No. 268451)
<agopen@fulbright.com>
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California  90071
Telephone:    (213) 892-9200
Facsimile:     (213) 892-9494

*Attorneys for Defendants and Counterclaim-Plaintiffs Target Corporation; Amazon.com, Inc.; Office Depot, Inc.; Costco Wholesale Corporation; Hewlett-Packard Company; Audible, Inc.; and Zappos.com, Inc.*

By: /s/ John S. Letchinger

John S. Letchinger (*pro hac vice*)
   <jletchinger@edwardswildman.com>
Douglas S. Rupert (*pro hac vice*)
   <drupert@edwardswildman.com>
E. Tim Walker (*pro hac vice*)
   <twalker@edwardswildman.com>
EDWARDS WILDMAN PALMER LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois  60606
Telephone:   (312) 201-2000
Facsimile:    (312) 201-2555

Clinton J. McCord (Bar No. 204749)
   <cmccord@edwardswildman.com>
EDWARDS WILDMAN PALMER LLP
9665 Wilshire Boulevard, Suite 200
Beverly Hills, California  90212
Telephone:   (310) 860-8700
Facsimile:    (310) 860-3800

*Attorneys for Defendant and Counterclaim-Plaintiff OfficeMax Incorporated*

By: /s/ Niall A. MacLeod

Niall A. MacLeod (*pro hac vice*)
   <niall.macleod@btlaw.com>
Aaron A. Myers (*pro hac vice*)
   <aaron.myers@btlaw.com>
BARNES & THORNBURG LLP
225 South Sixth Street, Suite 2800
Minneapolis, Minnesota 55402
Telephone:   (612) 333-2111
Facsimile:    (612) 333-6798

Stephen R. Mick (Bar No. 131569)
   <smick@btlaw.com>
BARNES & THORNBURG LLP
2049 Century Park East
Los Angeles, California  90067
Telephone:   (310) 284-3880
Facsimile:    (310) 284-3894

*Attorneys for Defendant and Counterclaim-Plaintiff Rockler Companies, Inc.*

| | |
|---|---|
| 1 | By: /s/ Catherine E. Hart |
| 2 | Vaibhav P. Kadaba (*pro hac vice*) |
| 3 | <wkadaba@kilpatricktownsend.com> |
| | Catherine E. Hart (*pro hac vice*) |
| 4 | <chart@kilpatricktownsend.com> |
| | KILPATRICK TOWNSEND & STOCKTON LLP |
| 5 | 1100 Peachtree Street, Suite 2800 |
| | Atlanta, Georgia  30309 |
| 6 | Telephone:   (404) 815-6500 |
| | Facsimile:   (404) 815-6555 |
| 7 | |
| | David B. Perry (State Bar No. 255925) |
| 8 | <dperry@kilpatricktownsend.com> |
| | KILPATRICK TOWNSEND & STOCKTON LLP |
| 9 | Two Embarcadero Center, Eighth Floor |
| | San Francisco, California  94111 |
| 10 | Telephone:   (415) 576-0200 |
| | Facsimile:   (415) 576-0300 |
| 11 | |
| 12 | *Attorneys for Defendant and Counterclaim-Plaintiff 1-800-Flowers.com, Inc.* |

| | |
|---|---|
| 1 | By:  /s/ David S. Bloch |
| 2 | Kimball R. Anderson (*pro hac vice*) |
| 3 | <kanderson@winston.com><br>Marlon E. Lutfiyya (*pro hac vice*) |
| 4 | <mlutfiyya@winston.com><br>WINSTON & STRAWN LLP |
| 5 | 35 West Wacker Drive<br>Chicago, Illinois  60601 |
| 6 | Telephone:     (312) 558-5600<br>Facsimile:      (312) 558-5700 |

Howard I. Shin (*pro hac vice*)
   <hshin@winston.com>
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York  10166
Telephone:     (212) 294-6700
Facsimile:      (212) 294-4700

David S. Bloch (State Bar No. 184530)
   <dbloch@winston.com>
WINSTON & STRAWN LLP
101 California Street
San Francisco, California  94111
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

*Attorneys for Defendant and Counterclaim-Plaintiff Dell, Inc.*

|   |   |
|---|---|
| 1 | By:  /s/ Kent E. Baldauf, Jr. |
| 2 | Kent E. Baldauf, Jr. (*pro hac vice*) |
| 3 | <kbaldaufjr@webblaw.com> |
|   | Bryan P. Clark (*pro hac vice*) |
| 4 | <bclark@webblaw.com> |
|   | THE WEBB LAW FIRM |
| 5 | One Gateway Center |
|   | 420 Ft. Duquesne Blvd., Suite 1200 |
| 6 | Pittsburgh, Pennsylvania 15222 |
|   | Telephone:   (412) 471-8815 |
| 7 | Facsimile:    (412) 471-4094 |
| 8 | Phillip F. Shinn (State Bar No. 112051) |
| 9 | <pshinn@foxrothschild.com> |
|   | FOX ROTHSCHILD LLP |
| 10 | 235 Pine Street, Suite 1500 |
|   | San Francisco, California  94104 |
| 11 | Telephone:   (415) 364-5558 |
|   | Facsimile:    (415) 391-4436 |
| 12 |   |
|   | *Attorneys for Defendant and Counterclaim-* |
| 13 | *Plaintiff Newegg Inc.* |

|   |   |
|---|---|
| 1 | By: /s/ Sarah E. Barrows |
| 2 | Sarah E. Barrows (Bar No. 253278) |
|   | <barrowss@gtlaw.com> |
| 3 | GREENBERG TRAURIG, LLP |
|   | 153 Townsend Street, 8th Floor |
| 4 | San Francisco, California  94107 |
| 5 | Telephone:   (415) 655-1300 |
|   | Facsimile:    (415) 707-2010 |

By: /s/ Sarah E. Barrows

Sarah E. Barrows (Bar No. 253278)
  <barrowss@gtlaw.com>
GREENBERG TRAURIG, LLP
153 Townsend Street, 8th Floor
San Francisco, California  94107
Telephone:   (415) 655-1300
Facsimile:    (415) 707-2010

Michael A. Nicodema (*pro hac vice*)
  <nicodemam@gtlaw.com>
David M. Joyal (*pro hac vice*)
  <joyald@gtlaw.com>
Barry J. Schindler (*pro hac vice*)
  <schindlerb@gtlaw.com>
Douglas R. Weider (*pro hac vice*)
  <weider@gtlaw>
GREENBERG TRAURIG, LLP
200 Park Avenue, P.O. Box 677
Florham Park, New Jersey  07932
Telephone:   (973) 360-7900
Facsimile:    (973) 301-8410

Mary-Olga Lovett (*pro hac vice*)
  <lovettm@gtlaw.com>
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone:   (713) 374-3500
Facsimile:    (713) 374-3505

*Attorneys for Defendant and Counterclaim-Plaintiff CircuitCity.com Inc.*


By: /s/ Ted G. Dane

Ted G. Dane (Bar No. 143195)
  <Ted.Dane@mto.com>
Andrew W. Song (Bar No. 236588)
  <Andrew.Song@mto.com>
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Plaintiff and Counterclaim-Defendant Nebraska Furniture Mart, Inc.*

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

                                                   /s/ Aaron M. Farber

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT eBay Inc.; Microsoft Corporation; Cabela's Inc.; Target Corporation; OfficeMax Incorporated; Rockler Companies, Inc.; 1-800-Flowers.com, Inc.; Amazon.com, Inc.; Dell, Inc.; Office Depot, Inc.; Newegg Inc.; Costco Wholesale Corporation; Hewlett-Packard Company; CircuitCity.com Inc.; Audible, Inc.; Zappos.com, Inc.; and Nebraska Furniture Mart, Inc. may all file together in the four related actions listed above a <u>single</u> reply brief on claim construction and summary judgment of not more than <u>36</u> <u>pages</u>.

SO ORDERED.

Dated: **10/25/2011**

_____
CLAUDIA WILKEN
United States District Judge