[JOINT FILING — SEE SIGNATURE PAGE FOR LIST OF COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| eBay Inc. and Microsoft Corporation,<br><br>　*Plaintiffs and Counterclaim-Defendants*,<br><br>　vs.<br><br>Kelora Systems, LLC,<br><br>　*Defendant and Counterclaim-Plaintiff.* | No. 4:10-cv-4947-CW (filed Nov. 2, 2010)<br><br>**JOINT STIPULATION AND ORDER ON THE PAGE LIMIT FOR DEFENDANTS' REPLY BRIEF ON CLAIM CONSTRUCTION AND SUMMARY JUDGMENT**<br><br>**[Civil L.R. 7-12]** |
| Cabela's Inc.,<br><br>　*Plaintiff and Counterclaim-Defendant*,<br><br>　vs.<br><br>Kelora Systems, LLC,<br><br>　*Defendant and Counterclaim-Plaintiff.* | No. 4:11-cv-1398-CW (filed Mar. 23, 2011)<br>(related case) |

|   |   |
|---|---|
| Kelora Systems, LLC, | No. 4:11-cv-1548-CW (filed Nov. 8, 2010) (related case) |
| *Plaintiff and Counterclaim-Defendant*, | |
| vs. | |
| Target Corporation; OfficeMax Incorporated; Rockler Companies, Inc.; 1-800-Flowers.com, Inc.; Amazon.com, Inc.; Dell, Inc.; Office Depot, Inc.; Newegg Inc.; Costco Wholesale Corporation; Hewlett-Packard Company; CircuitCity.com Inc.; Audible, Inc.; and Zappos.com, Inc., | |
| *Defendants and Counterclaim-Plaintiffs*. | |
| OfficeMax Incorporated, | |
| *Third-Party Plaintiff*, | |
| vs. | |
| Adobe Systems Incorporated, | |
| *Third-Party Defendant*. | |
| Nebraska Furniture Mart, Inc., | No. 4:11-cv-2284-CW (filed Feb. 3, 2011) (related case) |
| *Plaintiff and Counterclaim-Defendant*, | |
| vs. | |
| Kelora Systems, LLC, | |
| *Defendant and Counterclaim-Plaintiff*. | |

## JOINT STIPULATION

At the Case Management Conference on May 31, 2011, the Court indicated that it would prefer <u>all</u> of the Defendants[†] in the four related actions listed above to file a <u>single</u> opening brief on claim construction and summary judgment, with the understanding that this single brief would likely

---

[†] The "Defendants" are eBay Inc.; Microsoft Corporation; Cabela's Inc.; Target Corporation; OfficeMax Incorporated; Rockler Companies, Inc.; 1-800-Flowers.com, Inc.; Amazon.com, Inc.; Dell, Inc.; Office Depot, Inc.; Newegg Inc.; Costco Wholesale Corporation; Hewlett-Packard Company; CircuitCity.com Inc.; Audible, Inc.; Zappos.com, Inc.; and Nebraska Furniture Mart, Inc.

1  exceed the normal 25-page limit on briefs.  *See* Hr'g Tr. at 16:18–17:3, 20:24–21:7 (May 31, 2011)
2  [Case No. 11-1548, ECF No. 274].  With the permission of the Court [Case No. 10-4947, ECF Nos.
3  86, 106], Defendants filed a single opening brief that was 60 pages [Case No. 10-4947, ECF No. 94],
4  and Kelora filed a single opposition brief that was 60 pages [Case No. 10-4947, ECF No. 109].

5        The Defendants have met and conferred with Kelora about the page limits for Defendants'
6  reply brief on claim construction and summary judgment, and Kelora does not oppose the
7  Defendants' request to file a <u>single</u> reply brief of not more than <u>36 pages</u>, which is proportional to
8  the page limit normally provided by Civil L.R. 7-3(c).

9        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

10

11  DATED:  October 20, 2011

12

13  By: /s/ Robert D. Becker        By: /s/ Richard A. Cederoth

14      Robert D. Becker (Bar No. 160648)     David T. Pritikin (*pro hac vice*)
        <rbecker@manatt.com>         <dpritikin@sidley.com>
15      Ronald S. Katz (Bar No. 85713)     Richard A. Cederoth (*pro hac vice*)
        <rkatz@manatt.com>         <rcederoth@sidley.com>
16      Shawn G. Hansen (Bar No. 197033)     SIDLEY AUSTIN LLP
        <shansen@manatt.com>     One S. Dearborn Street
17      MANATT, PHELPS & PHILLIPS, LLP     Chicago, Illinois  60603
    1001 Page Mill Road, Building 2     Telephone:     (312) 853-7000
18      Palo Alto, California  94304     Facsimile:      (312) 853-7036
    Telephone:     (650) 812-1300
19      Facsimile:      (650) 213-0260     Theodore W. Chandler (Bar No. 219456)
        <tchandler@sidley.com>
20      *Attorneys for Kelora Systems, LLC*     Aaron M. Farber (Bar No. 270851)
        <afarber@sidley.com>
21      SIDLEY AUSTIN LLP
22      555 West Fifth Street, Suite 4000
    Los Angeles, California  90013
23      Telephone:     (213) 896-6000
    Facsimile:      (213) 896-6600
24
    <Kelora-Microsoft-eBay@sidley.com>
25
    *Counsel for Plaintiff and Counterclaim-*
26      *Defendant eBay Inc.*

27

28

| | |
|---|---|
| 1 | By: /s/ Richard A. Cederoth |
| 2 | David T. Pritikin (*pro hac vice*) |
| | <dpritikin@sidley.com> |
| 3 | Richard A. Cederoth (*pro hac vice*) |
| | <rcederoth@sidley.com> |
| 4 | SIDLEY AUSTIN LLP |
| | One S. Dearborn Street |
| 5 | Chicago, Illinois  60603 |
| | Telephone:   (312) 853-7000 |
| 6 | Facsimile:    (312) 853-7036 |
| 7 | Theodore W. Chandler (Bar No. 219456) |
| | <tchandler@sidley.com> |
| 8 | Aaron M. Farber (Bar No. 270851) |
| | <afarber@sidley.com> |
| 9 | SIDLEY AUSTIN LLP |
| | 555 West Fifth Street, Suite 4000 |
| 10 | Los Angeles, California  90013 |
| | Telephone:   (213) 896-6000 |
| 11 | Facsimile:    (213) 896-6600 |
| 12 | <Kelora-Microsoft-eBay@sidley.com> |
| 13 | |
| | David E. Killough (Bar No. 110719) |
| 14 | <davkill@microsoft.com> |
| | MICROSOFT CORPORATION |
| 15 | One Microsoft Way, 8/2076 |
| | Redmond, Washington  98052 |
| 16 | Telephone:   (425) 703-8865 |
| | Facsimile:    (425) 869-1327 |
| 17 | |
| 18 | *Counsel for Plaintiff and Counterclaim-Defendant Microsoft Corporation* |

```
 1                                          By:  /s/ Wendy K. Akbar
 2                                              Gregory P. Sitrick (*pro hac vice*)
                                                    <gregory.sitrick@quarles.com>
 3                                              Wendy K. Akbar (*pro hac vice*)
                                                    <wendy.akbar@quarles.com>
 4                                              QUARLES & BRADY LLP
                                                One Renaissance Square
 5                                              Two North Central Avenue
                                                Phoenix, Arizona  85004
 6                                              Telephone:    (602) 229-5200
                                                Facsimile:    (602) 420-5198
 7
 8                                              Jeffrey L. Fillerup (Bar No. 120543)
                                                    <jfillerup@luce.com>
 9                                              LUCE, FORWARD, HAMILTON & SCRIPPS LLP
                                                Rincon Center II
10                                              121 Spear Street, Suite 200
                                                San Francisco, California  94105
11                                              Telephone:    (415) 356-4600
                                                Facsimile:    (415) 356-3881
12
                                                Callie A. Bjurstrom (Bar No. 137816)
13                                                  <cbjurstrom@luce.com>
                                                LUCE, FORWARD, HAMILTON & SCRIPPS LLP
14                                              600 West Broadway, Suite 2600
                                                San Diego, California  92101
15                                              Telephone:    (619) 699-2586
                                                Facsimile:    (619) 645-5323
16
17                                              *Attorneys for Plaintiff and Counterclaim-*
                                                *Defendant Cabela's Inc.*
18
19
20
21
22
23
24
25
26
27
28
```

| | |
|---|---|
| 1 | By: /s/ Richard S. Zembek |
| 2 | Dan D. Davison (*pro hac vice*) |
| | <ddavison@fulbright.com> |
| 3 | FULBRIGHT & JAWORSKI L.L.P. |
| | 2200 Ross Avenue, Suite 2800 |
| 4 | Dallas, Texas  75201 |
| | Telephone:    (214) 855-8000 |
| 5 | Facsimile:     (214) 855-8200 |
| 6 | |
| | Richard S. Zembek (*pro hac vice*) |
| 7 | <rzembek@fulbright.com> |
| | Daniel S. Leventhal (*pro hac vice*) |
| 8 | <dleventhal@fulbright.com> |
| | FULBRIGHT & JAWORSKI L.L.P. |
| 9 | Fulbright Tower |
| | 1301 McKinney, Suite 5100 |
| 10 | Houston, Texas  77010 |
| | Telephone:    (713) 651-5151 |
| 11 | Facsimile:     (713) 651-5246 |
| 12 | |
| | Gilbert A. Greene (*pro hac vice*) |
| 13 | <ggreene@fulbright.com> |
| | FULBRIGHT & JAWORSKI L.L.P. |
| 14 | 600 Congress Avenue, Suite 2400 |
| | Austin, Texas  78701 |
| 15 | Telephone:    (512) 474-5201 |
| | Facsimile:     (512) 536-4598 |
| 16 | |
| | John A. O'Malley (Bar No. 101181) |
| 17 | <jomalley@fulbright.com> |
| | Aaron D. Gopen (Bar No. 268451) |
| 18 | <agopen@fulbright.com> |
| | FULBRIGHT & JAWORSKI L.L.P. |
| 19 | 555 South Flower Street, 41st Floor |
| | Los Angeles, California  90071 |
| 20 | Telephone:    (213) 892-9200 |
| | Facsimile:     (213) 892-9494 |
| 21 | |
| 22 | *Attorneys for Defendants and Counterclaim-Plaintiffs Target Corporation; Amazon.com, Inc.; Office Depot, Inc.; Costco Wholesale Corporation; Hewlett-Packard Company; Audible, Inc.; and Zappos.com, Inc.* |

| | |
|---|---|
| 1 | By: /s/ John S. Letchinger |
| 2 | John S. Letchinger (*pro hac vice*) <jletchinger@edwardswildman.com> |
| 3 | Douglas S. Rupert (*pro hac vice*) <drupert@edwardswildman.com> |
| 4 | E. Tim Walker (*pro hac vice*) <twalker@edwardswildman.com> |
| 5 | EDWARDS WILDMAN PALMER LLP |
| 6 | 225 West Wacker Drive, Suite 2800 Chicago, Illinois  60606 |
| 7 | Telephone:    (312) 201-2000 Facsimile:     (312) 201-2555 |
| 8 | |
| 9 | Clinton J. McCord (Bar No. 204749) <cmccord@edwardswildman.com> |
| 10 | EDWARDS WILDMAN PALMER LLP 9665 Wilshire Boulevard, Suite 200 |
| 11 | Beverly Hills, California  90212 Telephone:    (310) 860-8700 |
| 12 | Facsimile:     (310) 860-3800 |
| 13 | *Attorneys for Defendant and Counterclaim-Plaintiff OfficeMax Incorporated* |
| 14 | |
| 15 | By: /s/ Niall A. MacLeod |
| 16 | Niall A. MacLeod (*pro hac vice*) |
| 17 | <niall.macleod@btlaw.com> Aaron A. Myers (*pro hac vice*) |
| 18 | <aaron.myers@btlaw.com> BARNES & THORNBURG LLP |
| 19 | 225 South Sixth Street, Suite 2800 Minneapolis, Minnesota 55402 |
| 20 | Telephone:    (612) 333-2111 Facsimile:     (612) 333-6798 |
| 21 | |
| 22 | Stephen R. Mick (Bar No. 131569) <smick@btlaw.com> |
| 23 | BARNES & THORNBURG LLP 2049 Century Park East |
| 24 | Los Angeles, California  90067 Telephone:    (310) 284-3880 |
| 25 | Facsimile:     (310) 284-3894 |
| 26 | *Attorneys for Defendant and Counterclaim-Plaintiff Rockler Companies, Inc.* |
| 27 | |
| 28 | |

By:  /s/ Catherine E. Hart

Vaibhav P. Kadaba (*pro hac vice*)
    <wkadaba@kilpatricktownsend.com>
Catherine E. Hart (*pro hac vice*)
    <chart@kilpatricktownsend.com>
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
Telephone:    (404) 815-6500
Facsimile:    (404) 815-6555

David B. Perry (State Bar No. 255925)
    <dperry@kilpatricktownsend.com>
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone:    (415) 576-0200
Facsimile:    (415) 576-0300

*Attorneys for Defendant and Counterclaim-Plaintiff 1-800-Flowers.com, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: /s/ David S. Bloch

Kimball R. Anderson (*pro hac vice*)
 <kanderson@winston.com>
Marlon E. Lutfiyya (*pro hac vice*)
 <mlutfiyya@winston.com>
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Telephone:   (312) 558-5600
Facsimile:    (312) 558-5700

Howard I. Shin (*pro hac vice*)
 <hshin@winston.com>
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York  10166
Telephone:   (212) 294-6700
Facsimile:    (212) 294-4700

David S. Bloch (State Bar No. 184530)
 <dbloch@winston.com>
WINSTON & STRAWN LLP
101 California Street
San Francisco, California  94111
Telephone:   (415) 591-1000
Facsimile:    (415) 591-1400

*Attorneys for Defendant and Counterclaim-Plaintiff Dell, Inc.*

By: /s/ Kent E. Baldauf, Jr.

Kent E. Baldauf, Jr. (*pro hac vice*)
&lt;kbaldaufjr@webblaw.com&gt;
Bryan P. Clark (*pro hac vice*)
&lt;bclark@webblaw.com&gt;
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, Pennsylvania 15222
Telephone:   (412) 471-8815
Facsimile:   (412) 471-4094

Phillip F. Shinn (State Bar No. 112051)
&lt;pshinn@foxrothschild.com&gt;
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, California  94104
Telephone:   (415) 364-5558
Facsimile:   (415) 391-4436

*Attorneys for Defendant and Counterclaim-Plaintiff Newegg Inc.*

-10-
JOINT STIPULATION AND ORDER RE: PAGE LIMITS
Nos. 10-4947-CW, 11-1398-CW, 11-1548-CW, 11-2284-CW

By: /s/ Sarah E. Barrows

Sarah E. Barrows (Bar No. 253278)
<barrowss@gtlaw.com>
GREENBERG TRAURIG, LLP
153 Townsend Street, 8th Floor
San Francisco, California  94107
Telephone:   (415) 655-1300
Facsimile:    (415) 707-2010

Michael A. Nicodema (*pro hac vice*)
<nicodemam@gtlaw.com>
David M. Joyal (*pro hac vice*)
<joyald@gtlaw.com>
Barry J. Schindler (*pro hac vice*)
<schindlerb@gtlaw.com>
Douglas R. Weider (*pro hac vice*)
<weider@gtlaw>
GREENBERG TRAURIG, LLP
200 Park Avenue, P.O. Box 677
Florham Park, New Jersey  07932
Telephone:   (973) 360-7900
Facsimile:    (973) 301-8410

Mary-Olga Lovett (*pro hac vice*)
<lovettm@gtlaw.com>
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone:   (713) 374-3500
Facsimile:    (713) 374-3505

*Attorneys for Defendant and Counterclaim-Plaintiff CircuitCity.com Inc.*


By: /s/ Ted G. Dane

Ted G. Dane (Bar No. 143195)
<Ted.Dane@mto.com>
Andrew W. Song (Bar No. 236588)
<Andrew.Song@mto.com>
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Plaintiff and Counterclaim-Defendant Nebraska Furniture Mart, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

                                                            /s/ Aaron M. Farber

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT eBay Inc.; Microsoft Corporation; Cabela's Inc.; Target Corporation; OfficeMax Incorporated; Rockler Companies, Inc.; 1-800-Flowers.com, Inc.; Amazon.com, Inc.; Dell, Inc.; Office Depot, Inc.; Newegg Inc.; Costco Wholesale Corporation; Hewlett-Packard Company; CircuitCity.com Inc.; Audible, Inc.; Zappos.com, Inc.; and Nebraska Furniture Mart, Inc. may all file together in the four related actions listed above a <u>single</u> reply brief on claim construction and summary judgment of not more than <u>36</u> <u>pages</u>.

SO ORDERED.

Dated: **10/25/2011**

_/s/ Claudia Wilken_
CLAUDIA WILKEN
United States District Judge