UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| eBay Inc. and Microsoft Corporation,<br>   *Plaintiffs and Counterclaim-Defendants*,<br>vs.<br>Kelora Systems, LLC,<br>   *Defendant and Counterclaim-Plaintiff.* | No. 4:10-cv-4947-CW (filed Nov. 2, 2010)<br>**SUPPLEMENTAL CASE MANAGEMENT ORDER** |
| Cabela's Inc.,<br>   *Plaintiff and Counterclaim-Defendant*,<br>vs.<br>Kelora Systems, LLC,<br>   *Defendant and Counterclaim-Plaintiff.* | No. 4:11-cv-1398-CW (filed Mar. 23, 2011)<br>(related case) |

|   |   |
|---|---|
| Kelora Systems, LLC, | No. 4:11-cv-1548-CW (filed Nov. 8, 2010) (related case) |
| *Plaintiff and Counterclaim-Defendant*, | |
| vs. | |
| Target Corporation; OfficeMax Incorporated; Rockler Companies, Inc.; Amazon.com, Inc.; Dell, Inc.; Office Depot, Inc.; Newegg Inc.; Costco Wholesale Corporation; Hewlett-Packard Company; CircuitCity.com Inc.; Audible, Inc.; and Zappos.com, Inc., | |
| *Defendants and Counterclaim-Plaintiffs*. | |
| OfficeMax Incorporated, | |
| *Third-Party Plaintiff*, | |
| vs. | |
| Adobe Systems Incorporated, | |
| *Third-Party Defendant*. | |
| Nebraska Furniture Mart, Inc., | No. 4:11-cv-2284-CW (filed Feb. 3, 2011) (related case) |
| *Plaintiff and Counterclaim-Defendant*, | |
| vs. | |
| Kelora Systems, LLC, | |
| *Defendant and Counterclaim-Plaintiff*. | |

## SUPPLEMENTAL CASE MANAGEMENT ORDER

IT IS HEREBY ORDERED THAT in Case No. 10-4947, the present schedule for expert discovery, *see* ECF No. 60, shall be changed to the following schedule to match the schedule for expert discovery in Case Nos. 11-1398, -1548, and -2284, *see* Case No. 11-1548, ECF No. 267:

| **Description** | **Date for Case No. 10-4947** |
| --- | --- |
| Disclosure of identities and reports of expert witnesses<br><br>eBay and Microsoft to produce or make available opinion of counsel and related documents relied upon as defense to willful infringement, etc. (Patent L.R. 3-7) | Thursday<br>February 23, 2012 |
| Rebuttal expert reports | Thursday<br>March 15, 2012 |
| Completion of Expert Discovery | Tuesday<br>May 1, 2012 |

SO ORDERED.

Dated: 12/6/2011

CLAUDIA WILKEN
United States District Judge