1   [JOINT FILING — SEE SIGNATURE PAGE FOR LIST OF COUNSEL]

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11   eBay Inc. and Microsoft Corporation,          )   No. 4:10-cv-4947-CW (filed Nov. 2, 2010)
                                                    )
12          Plaintiffs and Counterclaim-Defendants, )   **JOINT STIPULATION AND [PROPOSED]**
                                                    )   **ORDER EXTENDING DEADLINE TO**
13       vs.                                        )   **FILE OBJECTIONS TO BILLS OF COSTS**
                                                    )
14   Kelora Systems, LLC,                           )   **[Civil L.R. 7-12, 54-2, 54-4; F.R.C.P. 54(d)(1)]**
                                                    )
15          Defendant and Counterclaim-Plaintiff.   )
                                                    )
16                                                  )
     _____       )
17   Cabela's Inc.,                                 )   No. 4:11-cv-1398-CW (filed Mar. 23, 2011)
                                                    )   (related case)
18          Plaintiff and Counterclaim-Defendant,   )
                                                    )
19       vs.                                        )
                                                    )
20   Kelora Systems, LLC,                           )
                                                    )
21          Defendant and Counterclaim-Plaintiff.   )
                                                    )
22

23

24

25

26

27

28

_____ )   No. 4:11-cv-1548-CW (filed Nov. 8, 2010)
                                     )   (related case)
Kelora Systems, LLC,                 )
                                     )
        *Plaintiff and Counterclaim-Defendant*,  )
                                     )
        vs.                          )
                                     )
Target Corporation; Amazon.com, Inc.; Dell   )
Inc.; Office Depot, Inc.; Newegg Inc.; Costco  )
Wholesale Corporation; Hewlett-Packard  )
Company; Audible, Inc.; and Zappos.com, Inc.,  )
                                     )
        *Defendants and Counterclaim-Plaintiffs*.  )
_____ )

This joint stipulation and [proposed] order is intended to allow the undersigned parties to sufficiently meet and confer as contemplated by Civil L.R. 54-2 "in an effort to resolve disagreement about taxable costs claimed." Therefore, pursuant to Civil L.R. 7-12 and 54-2 and Federal Rule of Civil Procedure 54(d)(1), the undersigned parties hereby stipulate that:

1. The time for Kelora Systems, LLC ("Kelora") to file objections to the below-listed Bills of Costs shall be extended **14 days from** June 25, 2012, to **July 9, 2012**.

2. With respect to the below-listed Bills of Costs, the Clerk of the Court shall not tax costs pursuant to Civil L.R. 54-4 any sooner than **July 10, 2012**.

No prior extensions with respect the below-listed Bills of Costs have been sought, and entry of the requested extension will only affect the date upon which the Clerk of the Court taxes costs.

**Bills of Costs subject to Joint Stipulation and [Proposed] Order**:

- Bill of Costs submitted by eBay Inc. (Case No. 10-4947, Dkt.# 159)
- Bill of Costs submitted by Microsoft Corporation (Case No. 10-4947, Dkt.# 160)
- Bill of Costs submitted by Cabela's Inc. (Case No. 11-1398, Dkt.# 132)
- Bill of Costs submitted by Dell, Inc. (Case No. 11-1548, Dkt.# 487)
- Bill of Costs submitted by Newegg Inc. (Case No. 11-1548, Dkt.# 488)
- Bill of Costs submitted by Amazon.com, Inc., Audible, Inc., Zappos.com, Inc. (Case No. 11-1548, Dkt.# 489)
- Bill of Costs submitted by Costco Wholesale Corporation (Case No. 11-1548, Dkt.# 490)
- Bill of Costs submitted by Hewlett-Packard Company (Case No. 11-1548, Dkt.# 491)
- Bill of Costs submitted by Office Depot, Inc. (Case No. 11-1548, Dkt.# 492)
- Bill of Costs submitted by Target Corporation (Case No. 11-1548, Dkt.# 493)

-2-

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3       Dated: _____        _____

4                                      CLAUDIA WILKEN
                                       United States District Judge
5

6  DATED:  June 20, 2012

7
   By: /s/ Robert D. Becker          By:  /s/ Richard A. Cederoth
8  _____          _____

9      Robert D. Becker (Bar No. 160648)      David T. Pritikin (*pro hac vice*)
           <rbecker@manatt.com>                  <dpritikin@sidley.com>
10     Ronald S. Katz (Bar No. 85713)         Richard A. Cederoth (*pro hac vice*)
           <rkatz@manatt.com>                    <rcederoth@sidley.com>
11     Shawn G. Hansen (Bar No. 197033)       SIDLEY AUSTIN LLP
           <shansen@manatt.com>               One S. Dearborn Street
12     MANATT, PHELPS & PHILLIPS, LLP         Chicago, Illinois  60603
       1841 Page Mill Road, Suite 200         Telephone:    (312) 853-7000
13     Palo Alto, California  94304           Facsimile:    (312) 853-7036
       Telephone:    (650) 812-1300
14     Facsimile:    (650) 213-0260           Sandra S. Fujiyama (Bar No. 198125)
                                                  <sfujiyama@sidley.com>
15     <ManattKeloraTeam@manatt.com>          Theodore W. Chandler (Bar No. 219456)
                                                  <tchandler@sidley.com>
16     *Attorneys for Kelora Systems, LLC*    SIDLEY AUSTIN LLP
                                              555 West Fifth Street, Suite 4000
17                                            Los Angeles, California  90013
                                              Telephone:    (213) 896-6000
18                                            Facsimile:    (213) 896-6600

19                                            <Kelora-Microsoft-eBay@sidley.com>

20                                            *Counsel for Plaintiff and Counterclaim-*
                                              *Defendant eBay Inc.*

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
Nos. 10-4947-CW, 11-1398-CW, 11-1548-CW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:  /s/ Richard A. Cederoth
_____

David T. Pritikin (*pro hac vice*)
    <dpritikin@sidley.com>
Richard A. Cederoth (*pro hac vice*)
    <rcederoth@sidley.com>
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, Illinois  60603
Telephone:    (312) 853-7000
Facsimile:    (312) 853-7036

Sandra S. Fujiyama (Bar No. 198125)
    <sfujiyama@sidley.com>
Theodore W. Chandler (Bar No. 219456)
    <tchandler@sidley.com>
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:    (213) 896-6000
Facsimile:    (213) 896-6600

<Kelora-Microsoft-eBay@sidley.com>


David E. Killough (Bar No. 110719)
    <davkill@microsoft.com>
MICROSOFT CORPORATION
One Microsoft Way, 8/2076
Redmond, Washington  98052
Telephone:    (425) 703-8865
Facsimile:    (425) 869-1327


*Counsel for Plaintiff and Counterclaim-
Defendant Microsoft Corporation*

1

By:  /s/ Wendy K. Akbar

2

Gregory P. Sitrick (*pro hac vice*)
3
<gregory.sitrick@quarles.com>
Wendy K. Akbar (*pro hac vice*)
4
<wendy.akbar@quarles.com>
QUARLES & BRADY LLP
5
One Renaissance Square
Two North Central Avenue
6
Phoenix, Arizona  85004
Telephone:    (602) 229-5200
7
Facsimile:     (602) 420-5198

8
Jeffrey L. Fillerup (Bar No. 120543)
9
<jfillerup@luce.com>
McKENNA LONG & ALDRIDGE LLP
10
Rincon Center II, 121 Spear Street, Ste 200
San Francisco, CA 94105-1582
11
Telephone:  (415) 356-4600
Facsimile:   (415) 356-3881

12

13
*Attorneys for Plaintiff and Counterclaim-Defendant Cabela's Inc.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
Nos. 10-4947-CW, 11-1398-CW, 11-1548-CW

1

By:  /s/ Richard S. Zembek
 

2

Dan D. Davison (*pro hac vice*)
    <ddavison@fulbright.com>

3

Robert L. Greeson (*pro hac vice*)
    <rgreeson@fulbright.com>

4

FULBRIGHT & JAWORSKI L.L.P.

5

2200 Ross Avenue, Suite 2800
Dallas, Texas  75201

6

Telephone:    (214) 855-8000
Facsimile:    (214) 855-8200

7

Richard S. Zembek (*pro hac vice*)
    <rzembek@fulbright.com>

8

Daniel S. Leventhal (*pro hac vice*)
    <dleventhal@fulbright.com>

9

FULBRIGHT & JAWORSKI L.L.P.

10

Fulbright Tower
1301 McKinney, Suite 5100

11

Houston, Texas  77010
Telephone:    (713) 651-5151

12

Facsimile:    (713) 651-5246

13

Gilbert A. Greene (*pro hac vice*)
    <ggreene@fulbright.com>

14

FULBRIGHT & JAWORSKI L.L.P.

15

600 Congress Avenue, Suite 2400
Austin, Texas  78701

16

Telephone:    (512) 474-5201
Facsimile:    (512) 536-4598

17

John A. O'Malley (Bar No. 101181)
    <jomalley@fulbright.com>

18

Aaron D. Gopen (Bar No. 268451)
    <agopen@fulbright.com>

19

FULBRIGHT & JAWORSKI L.L.P.

20

555 South Flower Street, 41st Floor
Los Angeles, California  90071

21

Telephone:    (213) 892-9200
Facsimile:    (213) 892-9494

22

23

*Attorneys for Defendants and
Counterclaim-Plaintiffs Target
Corporation; Amazon.com, Inc.; Office
Depot, Inc.; Costco Wholesale
Corporation; Hewlett-Packard Company;
Audible, Inc.; and Zappos.com, Inc.*

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:  /s/ Joseph A. Micallef
_____

Joseph A. Micallef (DC Bar No. 443679)
    <jmicallef@sidley.com>
Michael R. Franzinger (Bar No. 222155)
    <mfranzinger@sidley.com>
Scott M. Border (*pro hac vice*)
    <sborder@sidley.com>
Wonjoo Suh (Bar No. 269500)
    <wsuh@sidley.com>
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC  20005
Telephone:    (202) 736-8000
Facsimile:     (202) 736-8711

Theodore W. Chandler (Bar No. 219456)
    <tchandler@sidley.com>
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:    (213) 896-6000
Facsimile:     (213) 896-6600

Kimball R. Anderson (*pro hac vice*)
    <kanderson@winston.com>
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Telephone:    (312) 558-5600
Facsimile:     (312) 558-5700

Howard I. Shin (*pro hac vice*)
    <hshin@winston.com>
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York  10166
Telephone:    (212) 294-6700
Facsimile:     (212) 294-4700

David S. Bloch (State Bar No. 184530)
    <dbloch@winston.com>
WINSTON & STRAWN LLP
101 California Street
San Francisco, California  94111
Telephone:    (415) 591-1000
Facsimile:     (415) 591-1400

*Attorneys for Defendant and Counterclaim-Plaintiff Dell Inc.*

-7-

1

By:  /s/ Kent E. Baldauf, Jr.

2

Kent E. Baldauf, Jr. (*pro hac vice*)
<kbaldaufjr@webblaw.com>

3

Bryan P. Clark (*pro hac vice*)
<bclark@webblaw.com>

4

THE WEBB LAW FIRM

5

One Gateway Center

6

420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, Pennsylvania 15222
Telephone:    (412) 471-8815

7

Facsimile:    (412) 471-4094

8

Phillip F. Shinn (State Bar No. 112051)
<pshinn@foxrothschild.com>

9

FOX ROTHSCHILD LLP

10

235 Pine Street, Suite 1500
San Francisco, California  94104

11

Telephone:    (415) 364-5558
Facsimile:    (415) 391-4436

12

*Attorneys for Defendant and Counterclaim-*

13

*Plaintiff Newegg Inc.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
Nos. 10-4947-CW, 11-1398-CW, 11-1548-CW

1

## **SIGNATURE ATTESTATION**

2       Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this

3   document has been obtained from each of the other signatories shown above.

4

5

6                                    _____/s/ Robert D. Becker_____

7   303085910.2

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
Nos. 10-4947-CW, 11-1398-CW, 11-1548-CW