Theodore W. Chandler, <tchandler@sidley.com> (Bar No. 219456)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

*Counsel for Plaintiffs and Counterclaim-Defendants
eBay Inc. and Microsoft Corporation*

NOTE:  Additional counsel listed on signature page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| eBay Inc. and Microsoft Corporation,<br><br>   *Plaintiffs and Counterclaim-Defendants*,<br><br>vs.<br><br>Kelora Systems, LLC,<br><br>   *Defendant and Counterclaim-Plaintiff.* | No. 4:10-cv-4947-CW (filed Nov. 2, 2010)<br><br>**EBAY AND MICROSOFT'S MOTION TO REVIEW THE CLERK'S FAILURE TO TAX CERTAIN COSTS**<br><br>[**Fed. R. Civ. P. 54(d)(1)**]<br><br>Hr'g Date:  Thursday, Sept. 20, 2012<br>Hr'g Time:  2:00 p.m.<br>Place:  Courtroom 2, 4th Floor |

## NOTICE

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: Please take notice that pursuant to Federal Rule of Civil Procedure 54(d)(1), eBay Inc. and Microsoft Corporation hereby move the Court to review the clerk's failure on July 20, 2012, to tax certain costs in their Bills of Costs filed June 6, 2012. Judge Wilken is presently scheduled to hear this motion at 2:00 p.m. on September 20, 2012, in Courtroom 2 on the 4th Floor of the U.S. District Court at 1301 Clay Street, Oakland, California 94612.

## RELIEF REQUESTED

By this motion, eBay and Microsoft seek a ruling that the $3,823.00 in costs they each incurred videotaping depositions (for a total of $7,646.00) are taxable.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

The Bills of Costs submitted by eBay and Microsoft each properly included $3,823.00 for the cost of videotaping eight depositions taken in this action, for a total cost of $7,646.00. *See* Chandler Decl. ¶ 7 & Ex. D-1 (June 6, 2012) [ECF No. 161]. When the clerk taxed costs, however, the clerk did not allow any costs for videotaping depositions. *See* Exs. A–B. The Federal Circuit has specifically held that the cost of videotaping depositions is recoverable, and thus eBay and Microsoft should be awarded these costs. *See In re Ricoh Co., Ltd. Patent Litigation*, 661 F.3d 1361, 1370 (Fed. Cir. 2011) (holding that N.D. Cal. Civil L.R. 54-3(c)(1) and 28 U.S.C. § 1920 allow recovery of costs for videotaping depositions).

## II. ISSUES TO BE DECIDED

This motion presents the following issue for the Court to decide:

- Are the costs for videotaping depositions recoverable under Civil L.R. 54-3(c)(1)? (Yes.)

## III. FACTS

When judgment was entered in favor of eBay and Microsoft, that judgment included an award of costs. *See* Amended Judgment (June 5, 2012) [ECF No. 158]. eBay and Microsoft each submitted a Bill of Costs and supporting declaration. *See* ECF Nos. 159–61 (June 6, 2012). With respect to "Fees for printed or electronically recorded transcripts necessarily obtained for use in the case," eBay and Microsoft claimed the following:

|  | **eBay** | **Microsoft** |
|---|---|---|
| Transcripts of court hearings: | $ 344.15[1] | $ 344.15[2] |
| Videotaping depositions: | $ 3,823.00[3] | $ 3,823.00[4] |
| Transcripts of depositions: | $17,430.98[5] | $ 12,275.98[6] |
| **Total claimed:** | **$ 21,598.13** | **$ 16,443.13** |

*See* ECF Nos. 159–60 (June 6, 2012).

When the clerk taxed costs, however, the clerk disallowed some costs for "Fees for printed or electronically recorded transcripts necessarily obtained for use in the case." The clerk disallowed $5,393.22 of the costs claimed by eBay, and $6,466.47 of the costs claimed by Microsoft. *See* Exs. A–B. The clerk gave the following explanation: "PRINTED TRANCRIPS [sic] ALLOWED CIVIL LR 54-3(c)(1); HEARINGS DISALLOWED CIVIL LR 54-3(b)(2)." *Id.* The deputy clerk did not show her math, but given the clerk's explanation, it appears that the clerk disallowed the following amounts:

---

[1] *See* Chandler Decl. ¶¶ 4, 6 & Exs. A, C (June 6, 2012) [ECF No. 161].

[2] *See id.*

[3] The total cost for videotaping eight depositions was $7,646.00, which was split evenly between eBay and Microsoft. *See* Chandler Decl. ¶¶ 4, 7 & Exs. A, D-1 (June 6, 2012) [ECF No. 161].

[4] *See id.*

[5] eBay and Microsoft shared the costs for some deposition transcripts. eBay's share of these costs was ½ of $13,311.05 = $6,655.53. *See* Chandler Decl. ¶ 7 & Ex. D-1 (June 6, 2012) [ECF No. 161]. In addition, eBay paid the full amount for some deposition transcripts. eBay paid $10,775.45 for these deposition transcripts. *See* Chandler Decl. ¶ 7 & Ex. D-2 (June 6, 2012) [ECF No. 161]. Thus the total amount that eBay paid for deposition transcripts was $6,655.53 + $10,775.45 = $17,430.98.

[6] eBay and Microsoft shared the costs for some deposition transcripts. Microsoft's share of these costs was ½ of $13,311.05 = $6,655.53. *See* Chandler Decl. ¶ 7 & Ex. D-1 (June 6, 2012) [ECF No. 161]. In addition, Microsoft paid the full amount for some deposition transcripts. Microsoft paid $5,620.45 for these deposition transcripts. *See* Chandler Decl. ¶ 7 & Ex. D-3 (June 6, 2012) [ECF No. 161]. Thus the total amount that Microsoft paid for deposition transcripts was $6,655.53 + $5,620.45 = $12,275.98.

|  | **eBay** | **Microsoft** |
|---|---|---|
| Transcripts of court hearings: | $ 344.15 | $ 344.15 |
| **Videotaping depositions:** | **$ 3,823.00** | **$ 3,823.00** |
| Rough transcripts of depositions, ASCII files, etc.: | $ 1,226.07 | $ 2,299.32 |
| **Total disallowed:** | **$ 5,393.22** | **$ 6,466.47** |

For purposes of this action only, eBay and Microsoft will not contest the clerk's disallowance of the costs for the transcripts of court hearings or for the rough transcripts of depositions, etc. But eBay and Microsoft do contest the clerk's disallowance of the costs of videotaping depositions.

## IV. ARGUMENT

The local rules state that "[t]he cost of an original and one copy of any deposition (***including videotaped depositions***) taken for any purpose in connection with the case is allowable." Civil L.R. 54-3(c)(1) (emphasis added). The Federal Circuit recently affirmed Judge Ware's conclusion that "[a]llowing recovery for ***both*** [the costs associated with the written transcript of a deposition, as well as the costs associated with the videotape of the deposition] is more in accord with the language of the Local Rules [in the Northern District of California], along with commonplace practice in patent litigation of videotaping deponents." *In re Ricoh Co., Ltd. Patent Litigation*, 661 F.3d 1361, 1370 (Fed. Cir. 2011) (emphasis added). Thus, the Federal Circuit concluded that "the district court did not exceed its authority under section 1920 in taxing both the written transcription and the video of the depositions." *Id.*

Given the Federal Circuit's ruling in *Ricoh*, it is clear that the costs of videotaping depositions are recoverable under Civil L.R. 54-3(c)(1). Accordingly, the amounts awarded to eBay and Microsoft should each be increased by $3,823.00 to account for the clerk's failure to tax these costs.

## V. CONCLUSION

For all of these reasons, eBay and Microsoft's motion to review the clerk's failure to tax certain costs should be GRANTED as set forth in the Proposed Order.

| | | |
|---|---|---|
| Dated: July 27, 2012 | By: | /s/ Theodore W. Chandler |

David T. Pritikin (*pro hac vice*)
    <dpritikin@sidley.com>
Richard A. Cederoth (*pro hac vice*)
    <rcederoth@sidley.com>
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, Illinois  60603
Telephone:    (312) 853-7000
Facsimile:    (312) 853-7036

Sandra S. Fujiyama (Bar No. 198125)
    <sfujiyama@sidley.com>
Theodore W. Chandler (Bar No. 219456)
    <tchandler@sidley.com>
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:    (213) 896-6000
Facsimile:    (213) 896-6600

<Kelora-Microsoft-eBay@sidley.com>

*Counsel for Plaintiff and Counterclaim-Defendant eBay Inc.*

By: /s/ Theodore W. Chandler

David T. Pritikin (*pro hac vice*)
&lt;dpritikin@sidley.com&gt;
Richard A. Cederoth (*pro hac vice*)
&lt;rcederoth@sidley.com&gt;
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Sandra S. Fujiyama (Bar No. 198125)
&lt;sfujiyama@sidley.com&gt;
Theodore W. Chandler (Bar No. 219456)
&lt;tchandler@sidley.com&gt;
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

&lt;Kelora-Microsoft-eBay@sidley.com&gt;

David E. Killough (Bar No. 110719)
&lt;davkill@microsoft.com&gt;
MICROSOFT CORPORATION
One Microsoft Way, 8/2076
Redmond, Washington 98052
Telephone: (425) 703-8865
Facsimile: (425) 869-1327

*Counsel for Plaintiff and Counterclaim-Defendant Microsoft Corporation*

**EXHIBITS**

Ex. A: Clerk's taxation of costs in favor of Microsoft, with $6,466.47 in costs disallowed (July 20, 2012) [ECF No. 171]

Ex. B: Clerk's taxation of costs in favor of eBay, with $5,393.22 in costs disallowed (July 20, 2012) [ECF No. 172]

-6-
EBAY AND MICROSOFT'S MOTION TO REVIEW FAILURE TO TAX CERTAIN COSTS
No. 10-4947-CW

# Exhibit A

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| eBay Inc. and Microsoft Corporation | ) | |
| | ) | |
| v. | ) | Case No.: 4:10-cv-04947-CW |
| Kelora Systems, LLC | ) | |
| | ) | |

AMENDED
## BILL OF COSTS

Judgment having been entered in the above entitled action on    06/05/2012    against    Kelora Systems, LLC    ,
<div style="text-align:center">Date</div>
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 1,350.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 491.61 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | $9,976.66 ~~16,443.13~~ |
| PRINTED TRANCRIPS ALLOWED CIVIL LR54-3(c)(1); HEARINGS DISALLOWED CIVIL LR 54-3(b)(2) | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,058.27 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18,077.73 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ ~~37,420.74~~ $30,954.27 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service      ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney:    /s/ Theodore W. Chandler

Name of Attorney:    Theodore W. Chandler

For:    Microsoft Corporation      Date:    06/06/2012
<div style="text-align:center">*Name of Claiming Party*</div>

### Taxation of Costs

Costs are taxed in the amount of    $30,954.27    and included in the judgment.

RICHARD W. WIEKING      By:    *Lisa R. Clark*      7/20/12
<div>    *Clerk of Court*                                              *Deputy Clerk*                              *Date*</div>

# Exhibit B

AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of California

|  |  |
|---|---|
| eBay Inc. and Microsoft Corporation | ) |
|  | ) |
| v. | ) Case No.: 4:10-cv-04947-CW |
| Kelora Systems, LLC | ) |
|  | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  06/05/2012  against  Kelora Systems, LLC  ,
                                                                  Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................... | $ 1,350.00 |
| Fees for service of summons and subpoena ............................................... | 491.61 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | $16,204.91 ~~21,598.13~~ |
| PRINTED TRANCRIPS ALLOWED CIVIL LR 54-3(c)(1); HEARINGS DISALLOWED CIVIL | |
| Fees and disbursements for printing .............................. LR 54-3(b)(2) .. | 194.00 |
| Fees for witnesses *(itemize on page two)* ................................................ | 1,058.27 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................................ | 162,466.25 |
| Docket fees under 28 U.S.C. 1923 ...................................................... | |
| Costs as shown on Mandate of Court of Appeals ........................................ | |
| Compensation of court-appointed experts .............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ........................................................ | |
| TOTAL | $ ~~187,158.26~~ |
| | $181,765.04 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service      ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   /s/ Theodore W. Chandler
      Name of Attorney: Theodore W. Chandler

For:            eBay Inc.                              Date: 06/06/2012
         *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of   $181,765.04   and included in the judgment.

RICHARD W. WIEKING      By:   /s/ Lisa R. Clark                    7/20/12
    *Clerk of Court*              *Deputy Clerk*                    *Date*