United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EBAY INC.; and MICROSOFT
CORPORATION,

       Plaintiffs,

  v.

KELORA SYSTEMS, LLC,

       Defendant.

_____/

No. C 10-4947 CW

ORDER REFERRING
MOTIONS FOR REVIEW
OF THE CLERK'S
TAXATION OF COSTS
TO THE DISCOVERY
MAGISTRATE JUDGE

CABELA'S INC.,

       Plaintiff,

  v.

KELORA SYSTEMS, LLC,

       Defendant.

_____/

No. C 11-1398 CW

KELORA SYSTEMS, LLC,

       Plaintiff,

  v.

TARGET CORPORATION; AMAZON.COM,
INC.; DELL, INC.; OFFICE DEPOT,
INC.; NEWEGG INC.; COSTCO
WHOLESALE CORPORATION; HEWLETT-
PACKARD COMPANY; AUDIBLE, INC.;
and ZAPPOS.COM, INC.,

       Defendants.

_____/

No. C 11-1548 CW

AND ALL RELATED COUNTERCLAIMS

_____/

     On July 26 and 27, 2012, Plaintiffs and Counterclaim-

Defendants eBay, Inc. and Microsoft Corporation and

Defendant/Counterclaim-Plaintiff and Plaintiff/Counter-claim Defendant Kelora Systems, LLC (hereinafter, Kelora) moved for review of the Clerk's taxation of costs in Case Nos. 10-4947 and 11-1548.  The parties stipulated to stay the briefing schedules on Kelora's motions in anticipation of Kelora filing an additional motion for review regarding the taxation of costs in Case No. 11-1398.  On October 10, 2012, the Clerk taxed costs in favor of Cabela's Inc. in Case No. 11-1398.

The Court hereby REFERS all motions for review of the Clerk's taxation of costs in the above cases, including Kelora's anticipated motion in Case No. 11-1398, to Magistrate Judge Beeler for adjudication (Docket Nos. 173-175 in Case No. 10-4947 and Docket Nos. 515-521 in Case No. 11-1548).

IT IS SO ORDERED.

Dated: 10/10/2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef; LB

United States District Court
For the Northern District of California

2