IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBAY INC.; and MICROSOFT CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>KELORA SYSTEMS, LLC,<br><br>        Defendant.<br>_____/ | No. C 10-4947 CW<br><br>ORDER REFERRING MOTIONS FOR REVIEW OF THE CLERK'S TAXATION OF COSTS TO THE DISCOVERY MAGISTRATE JUDGE |
| CABELA'S INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>KELORA SYSTEMS, LLC,<br><br>        Defendant.<br>_____/ | No. C 11-1398 CW |
| KELORA SYSTEMS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION; AMAZON.COM, INC.; DELL, INC.; OFFICE DEPOT, INC.; NEWEGG INC.; COSTCO WHOLESALE CORPORATION; HEWLETT-PACKARD COMPANY; AUDIBLE, INC.; and ZAPPOS.COM, INC.,<br><br>        Defendants.<br>_____/ | No. C 11-1548 CW |
| AND ALL RELATED COUNTERCLAIMS<br>_____/ | |

    On July 26 and 27, 2012, Plaintiffs and Counterclaim-Defendants eBay, Inc. and Microsoft Corporation and

Defendant/Counterclaim-Plaintiff and Plaintiff/Counter-claim Defendant Kelora Systems, LLC (hereinafter, Kelora) moved for review of the Clerk's taxation of costs in Case Nos. 10-4947 and 11-1548.  The parties stipulated to stay the briefing schedules on Kelora's motions in anticipation of Kelora filing an additional motion for review regarding the taxation of costs in Case No. 11-1398.  On October 10, 2012, the Clerk taxed costs in favor of Cabela's Inc. in Case No. 11-1398.

    The Court hereby REFERS all motions for review of the Clerk's taxation of costs in the above cases, including Kelora's anticipated motion in Case No. 11-1398, to Magistrate Judge Beeler for adjudication (Docket Nos. 173-175 in Case No. 10-4947 and Docket Nos. 515-521 in Case No. 11-1548).

    IT IS SO ORDERED.

Dated: 10/10/2012

CLAUDIA WILKEN  
United States District Judge

cc: MagRef; LB

2