IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBAY INC.; and MICROSOFT CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> KELORA SYSTEMS, LLC, <br><br> Defendant. <br>_____/ | No. C 10-4947 CW <br><br> ORDER DENYING MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE (Docket Nos. 186 in 10-4947 and 533 in 11-1548) |
| KELORA SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORPORATION; AMAZON.COM, INC.; DELL, INC.; OFFICE DEPOT, INC.; NEWEGG INC.; COSTCO WHOLESALE CORPORATION; HEWLETT-PACKARD COMPANY; AUDIBLE, INC.; and ZAPPOS.COM, INC., <br><br> Defendants. <br>_____/ <br> AND ALL RELATED COUNTERCLAIMS <br>_____/ | No. C 11-1548 CW |

Movants eBay, Inc., Amazon.com, Inc., Audible, Inc. and Zappos.com, Inc. seek relief from the Magistrate Judge's April 5, 2013 order taxing costs pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 72-2.

Having considered the papers filed by Movants, the Court DENIES their motion (Docket Nos. 186 in 10-4947 and 533 in 11-1548). The motion was filed seventeen days after service of the Magistrate Judge's order and was thus untimely. See Fed. R. Civ.

1  P. 72 (a) (providing that a party may serve and file objections to
2  a nondispositive order of a magistrate judge within fourteen days
3  of being served with a copy of the order).  In addition, the
4  Magistrate Judge's rulings are not clearly erroneous or contrary
5  to law.  See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. Pro. 72(a).
6      IT IS SO ORDERED.

Dated: 4/26/2013

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California