IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBAY INC., et al., | No. C 10-04947 CW |
|     Plaintiffs, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
|  v. | |
| PARTSRIVER, INC., | |
|     Defendant. | |
| CABELA'S INC., | No. C 11-01398 CW |
|     Plaintiff, | |
|  v. | |
| KELORA SYSTEMS, LLC, | |
|     Defendant. | |
| KELORA SYSTEMS, LLC, | No. C 11-01548 CW |
|     Plaintiff, | |
|  v. | |
| TARGET CORPORATION, et al., | |
|     Defendants. | |

Plaintiff's Motion for Judgment Debtor Exam filed on May 30, 2013, is hereby referred to a United States Magistrate Judge for handling.  The hearing noticed for July 11, 2013, is vacated. Counsel will be advised of the date, time and place of such proceedings by notice from the assigned Magistrate Judge.

Dated: 6/4/2013

CLAUDIA WILKEN
United States District Judge

cc: MagRef