UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| EBAY INC., and MICROSOFT CORPORATION, | ) ) ) | No. C 10-4947 CW (LB) |
| Plaintiff, Counterclaim-Defendants, | ) ) | |
| vs. | ) ) | |
| KELORA SYSTEMS, LLC, | ) ) | |
| Defendant, Counterclaim-Plaintiff. | ) ) | |
| CABELA'S INC., | ) ) | No. C 11-1398 CW (LB) |
| Plaintiff, Counterclaim-Defendants, | ) ) | |
| vs. | ) ) | |
| KELORA SYSTEMS, LLC, | ) ) | |
| Defendant, Counterclaim-Plaintiff. | ) ) | |
| KELORA SYSTEMS, LLC, | ) ) | No. C 11-1548 CW (LB) |
| Plaintiff, Counterclaim-Defendants, | ) ) | |
| vs. | ) ) ) ) | |

[PROPOSED] ORDER VACATING ORDER GRANTING MOTION FOR APPOINTMENT OF RECEIVER BASED UPON INTERVENING BANKRUPTCY
NO. C 10-4947 CW (LB) / No. C 11-1398 CW (LB) / No. C 11-1548 CW (LB)    1

| | |
|---|---|
| 1  TARGET CORPORATION;<br>   AMAZON.COM, INC.; DELL, INC.;<br>2  OFFICE DEPOT, INC.; NEWEGG INC.;<br>   COSTCO WHOLESALE<br>3  CORPORATION; HEWLETT-<br>   PACKARD COMPANY; AUDIBLE,<br>4  INC.; and ZAPPOS.COM, INC.,<br><br>5  Defendants, Counterclaim-Plaintiffs. | [PROPOSED] ORDER VACATING ORDER GRANTING MOTION FOR APPOINTMENT OF RECEIVER BASED UPON INTERVENING BANKRUPTCY |

Based upon the ex parte application and declaration of David J. Cook, Esq., and finding an intervening bankruptcy entitled KELORA SYSTEMS, LLC filed its Chapter 7 Petition in the action entitled *In re Kelora Systems, LLC*, USBC, N.D.Cal. (San Jose) Case No. 13-53200 ASW 7, and for good cause appearing, therefore,

IT IS HEREBY ORDERED that the ORDER GRANTING MOTION FOR APPOINTMENT OF RECEIVER is vacated.

DATED: 6/24/2013

Chief District Judge: Claudia Wilken