UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| EBAY INC., and MICROSOFT CORPORATION, <br><br> Plaintiff, Counterclaim-Defendants, <br><br> vs. <br><br> KELORA SYSTEMS, LLC, <br><br> Defendant, Counterclaim-Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) | No. C 10-4947 CW (LB) |
| CABELA'S INC., <br><br> Plaintiff, Counterclaim-Defendants, <br><br> vs. <br><br> KELORA SYSTEMS, LLC, <br><br> Defendant, Counterclaim-Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) | No. C 11-1398 CW (LB) |
| KELORA SYSTEMS, LLC, <br><br> Plaintiff, Counterclaim-Defendants, <br><br> vs. | ) ) ) ) ) ) ) ) | No. C 11-1548 CW (LB) |

|  |  |
|---|---|
| TARGET CORPORATION; AMAZON.COM, INC.; DELL, INC.; OFFICE DEPOT, INC.; NEWEGG INC.; COSTCO WHOLESALE CORPORATION; HEWLETT-PACKARD COMPANY; AUDIBLE, INC.; and ZAPPOS.COM, INC., <br><br>Defendants, Counterclaim-Plaintiffs. | [PROPOSED] ORDER VACATING ORDER GRANTING MOTION FOR APPOINTMENT OF RECEIVER BASED UPON INTERVENING BANKRUPTCY |

Based upon the ex parte application and declaration of David J. Cook, Esq., and finding an intervening bankruptcy entitled KELORA SYSTEMS, LLC filed its Chapter 7 Petition in the action entitled *In re Kelora Systems, LLC*, USBC, N.D.Cal. (San Jose) Case No. 13-53200 ASW 7, and for good cause appearing, therefore,

IT IS HEREBY ORDERED that the ORDER GRANTING MOTION FOR APPOINTMENT OF RECEIVER is vacated.

DATED: 6/24/2013

_/s/ Claudia Wilken_
Chief District Judge: Claudia Wilken